AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

Civil Action No. __06-120__

# ACKNOWLEDGMENT
# OF RECEIPT FOR AO FORM 85

## *NOTICE OF AVAILABILITY OF A*
## *UNITED STATES MAGISTRATE JUDGE*
## *TO EXERCISE JURISDICTION*

FILED
MAR 13 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

I HEREBY ACKNOWLEDGE RECEIPT OF ___1___ COPIES OF AO FORM 85.

__Feb. 24, 2006__  __[signature]__
(Date forms issued)  (Signature of Party or their Representative)

__Lorna Claycomb__
(Printed name of Party or their Representative)

Note: Completed receipt will be filed in the Civil Action