March 10, 2006

To: U.S. District Court
Clerk's office
844 North King Street
Wilmington, DE 19801

FILED
MAR 13 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

To whom it may concern. I have paper as a reference from a friend who know me here in Dover, DE, with their own signature.

There is no Attorneys who would do my case due, that I have no income on this days. I can't be able afford the pays for Attorneys.

Thank you very much,
Loma Clayton

I'm Letty Moultrie I know Lorna Claycomb seen 1994 I live in Dover De, seen 1974 I'm retired in Playtex.

Letty Moultrie
3-8-06

I, Liberata I Peth have known Lorna Claycomb since 1987.

Liberata J. Deta
3-9-06

I Connie Barletta have known LORNA CLAYCOMB SINCE 1987 ALSO I KNOWN her at PLAYTEX SINCE 2000-2000 And she is a good PERSON. NOW I AM ALREADY RETIRED FROM PLAYTEX SINCE too years 490-2003

Connie Barletta

Lorna Claycomb
1061 S. Little Creek Rd.
15 Dover East Dover, DE
19901

CERTIFIED MAIL
7001 0320 0002 9733 0681

U.S. District Court
Clerk's Office
844 North King Street
Wilmington, DE 19801