IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LORNA CLAYCOMB,<br><br>　　　　Plaintiff,<br><br>v.<br><br>PLAYTEX PRODUCTS, INC.,<br><br>　　　　Defendant. | C.A. No. 06-120 (JFF) |

## ANSWER OF PLAYTEX PRODUCTS, INC.

### FIRST DEFENSE

Playtex Products, Inc. ("Playtex") hereby responds to the numbered paragraphs to the Complaint as follows:

1.　Denied, except Playtex admits that the Court has jurisdiction over this matter and that Plaintiff purports to assert claims under Title VII.

2.　Playtex is without knowledge or information sufficient to form a belief regarding the allegations in this paragraph.

3.　Denied, except it is admitted that Playtex operates a facility located in Dover, Delaware.

4.　Denied.

5.　Denied.

6.　Denied. By way of further response, Playtex states that Plaintiff was never subjected to a discriminatory practice and, therefore, the alleged practice is not continuing.

7. Denied. By way of further response, Playtex states that Plaintiff filed two charges against Playtex, both seemingly on the same subject matter. The first charge was undated; the second charge was dated February 18, 2005.

8. Denied.

9. Playtex is without knowledge or information sufficient to form a belief regarding the allegations in this paragraph, except it is admitted that on or about January 30, 2006 the Equal Employment Opportunity Commission issued a right-to-sue letter to Plaintiff.

10. Denied.

11. This paragraph does not contain allegations against Playtex and, therefore, no response from Playtex is required.

12. Denied.

13. Denied.

14. Denied.

## SECOND DEFENSE

15. The Complaint fails to state a claim upon which relief can be granted against Playtex.

## THIRD DEFENSE

16. Plaintiff's claims are barred by the applicable statutes of limitations.

## FOURTH DEFENSE

17. Punitive damages may not be recovered from Playtex.

## FIFTH DEFENSE

18. Plaintiff's claims are barred by collateral estoppel and/or res judicata.

SIXTH DEFENSE

19. Plaintiff's claims are barred by waiver and/or estoppel.

WHEREFORE, Playtex prays that judgment be entered in its favor against Plaintiff on all claims and that it be awarded its attorneys' fees, costs and such other and further relief as the Court deems appropriate.

MORRIS, NICHOLS, ARSHT & TUNNELL

Donald E. Reid (#1058)
Jason A. Cincilla (#4232)
1201 N. Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347
(302) 658-9200
   Attorneys for Defendant
   Playtex products, Inc.

March 22, 2006

512516v1

CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of March, 2006, copies of the foregoing ANSWER OF PLAYTEX PRODUCTS, INC. were served as follows:

<u>Via First-Class Mail</u>:

Lorna Claycomb
1061 S. Little Creek Road, Lot 15
Dover, Delaware 19901

_____
Jason A. Cincilla (#4232)