IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LORNA CLAYCOMB, | |
| Plaintiff, | |
| v. | C.A. No. 06-120 (JFF) |
| PLAYTEX PRODUCTS, INC., | |
| Defendant. | |

## NOTICE OF APPEARANCE

PLEASE ENTER THE APPEARANCE of the undersigned as attorneys for defendant Playtex Products, Inc. in the above-captioned matter.

                                               MORRIS, NICHOLS, ARSHT & TUNNELL

                                               _____
                                               Donald E. Reid (#1058)
                                               Jason A. Cincilla (#4232)
                                               1201 N. Market Street
                                               P.O. Box 1347
                                               Wilmington, Delaware 19899-1347
                                               (302) 658-9200
                                                   Attorneys for Defendant
                                                   Playtex products, Inc.

March 30, 2006

5136501

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of March, 2006, copies of the foregoing NOTICE OF APPEARANCE were served as follows:

<u>Via First-Class Mail</u>:

Lorna Claycomb
1061 S. Little Creek Road, Lot 15
Dover, Delaware 19901

*/s/ Jason A. Cincilla*
Jason A. Cincilla (#4232)