In The United States District
For The District of Delaware          April 4, 2006

To: Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, DE 19801

C.A. No. 06-120 (JJF)

Dear Sir or Madam,

To Whom it may concern. On March 18, 2003 I went to a Medical Clinic (Walk in Clinic) for my asthma, Inhaling to much cottons in my work at Playtex. I went back to work on the next working days with a paper, a request from a Doctor to gave to a supervisor at my work. On March 26, 2003 I went to a hospital, because the supervisor did not read the request paper from a Doctor from Medical Clinic. Then I was on Medical leave, absent from my work, because my asthma got really bad. On May 9, 2003 I went back to work, but my job change, my salary went down, and I never get back to my normal job. On Jan. 3, 2005 my job change, to a lower salary, and the job was causing my asthma bad again. On that day Jan. 3, 2005 I was laid off by Donna Griffith a Director of Human Resourse, for the same reason asthma.

Thank you very much,
Jona C. Clayberb

Certificate of Service

The undersigned hereby certifies that copies of the foregoing were caused to be served this 4th day of April, 2006, upon the following in the manner indicated:

**By Hand**
Donald E. Reid (#1058)
Jason A. Cincilla (#4232)
1201 N. Market St.
P.O. Box 1374
Wilmington, DE 19899-1347


Lorna C. Claycomb
1061 S. Little Creek Rd
Lot.15 Dover East Dover, DE
19901