AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ Delaware _____

Lorna C Claycomb

V.

Playtex

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 06-120 JJF

TO: (Name and address of Defendant)

Playtex
P.O. Box 7016
Dover, Delaware 19903

**FILED**
APR 17 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

PO scanned

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Lorna Claycomb
1061 S. Little Creek Rd.
Lot 15 Dover East Dover, DE
19901

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                                    3/21/06

CLERK                                              DATE

Monica Mooley

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | March 22, 2006 at 3:00 PM |
| NAME OF SERVER *(PRINT)* <br> Ontry Patten | TITLE <br> Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: Service on Playtex was effectuated by personally serving Joseph Rocek, Business Agent duly authorized to accept service. Service was made at 50 S. DuPont Highway, Dover, DE 19901

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  March 23, 2006
             _____
                 Date

Signature of Server

Delaware Attorney Services
2000 Pennsylvania Avenue, Suite 207
Wilmington, DE  19806  (302) 429-0657

*Address of Server*

* Also Served:
  Notice of Availability of a United States Magistrate Judge to Exercise Jurisdiction

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.



L. Claycomb
1061 S. Little Creek Rd.
Lot 15 Dover East
Dover, DE 19901

Office of the Clerk
United States District Court
844 N. King St. Lockbox 18
Wilmington, Delaware 19801-3570

RETURN RECEIPT
REQUESTED