# MORRIS, NICHOLS, ARSHT & TUNNELL LLP

1201 NORTH MARKET STREET
P.O. BOX 1347
WILMINGTON, DELAWARE 19899-1347

302 658 9200
302 658 3989 FAX

JASON A. CINCILLA
302 351 9494
302 498 6230 Fax
jcincilla@mnat.com

May 30, 2006

**BY ELECTRONIC FILING**

The Honorable Joseph J. Farnan, Jr.
United States District Court
844 King Street
Wilmington, DE 19801

Re: Claycomb v. Playtex Products, Inc., C.A. No. 06-120 (JJF)

Dear Judge Farnan:

In the Court's letter of May 18, 2006, Your Honor directed that the parties confer on the issue of scheduling and attempt to submit a mutually-agreeable proposed scheduling order. As Your Honor is aware, the plaintiff in this case, Ms. Lorna Claycomb, is proceeding *pro se*. On May 22, 2006, I sent the enclosed proposed Rule 16 Scheduling Order to Ms. Claycomb for her consideration. Today, Ms. Claycomb called me and indicated that she believes my proposed schedule is acceptable, but that she had called a Court clerk seeking advice on the issue and is awaiting a response. In the interest of time, and since I doubt a Court clerk will be, or should be, of assistance in this regard, defendant Playtex Products, Inc. respectfully submits the enclosed proposed Rule 16 Scheduling Order and requests that the Court enter it.

Of course, I am available if Your Honor has any questions or concerns.

Respectfully,

Jason A. Cincilla (#4232)

Enclosure

cc: Clerk of the Court (via e-filing; w/attachment)
    Lorna Claycomb (via first-class mail; w/attachment)

522576v1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

LORNA CLAYCOMB,

        Plaintiff,

v.

PLAYTEX PRODUCTS, INC.,

        Defendant.

C.A. No. 06-120 (JJF)

## RULE 16 SCHEDULING ORDER

The parties having satisfied their obligations under Fed. R. Civ. P. 26(f),

**IT IS ORDERED** that:

1. **Pre-Discovery Disclosures.** The parties will exchange by June 23, 2006 the information required by Fed. R. Civ. P. 26(a)(1) and D. Del. LR 16.2.

2. **Joinder of other Parties.** All motions to join other parties shall be filed on or before June 30, 2006.

3. **Settlement Conference.** Pursuant to 28 U.S.C. § 636, this matter is referred to Magistrate Judge Thynge for the purposes of exploring the possibility of a settlement. If the parties agree that they would benefit from a settlement conference, the parties shall contact Magistrate Judge Thynge to schedule a settlement conference so as to be completed no later than the Pretrial Conference or a date ordered by the Court.

4. **Discovery.**

    (a) Exchange and completion of interrogatories, identification of all fact witnesses and document production shall be commenced so as to be completed by September 1, 2006.

(b)     Maximum of twenty-five (25) interrogatories by each party to any other party.

(c)     Maximum of twenty-five (25) requests for admission by each party to any other party.

(d)     Maximum of five (5) depositions by plaintiff(s) and five (5) by defendant(s).  Depositions shall not commence until the discovery required by Paragraph 4(a, b and c) are completed.

(e)     Reports from retained experts required by Fed. R. Civ. P. 26(a)(2) are due from the plaintiff(s) by September 29, 2006; from the defendant(s) by November 3, 2006.

(f)     Any party desiring to depose an expert witness shall notice and complete said deposition no later than thirty (30) days from receipt of said expert's report, unless otherwise agreed in writing by the parties.

5.     **Discovery Disputes.**

(a)     A party seeking discovery which the opposing party refuses to provide shall file a motion (no brief) pursuant to Rule 37 of the Federal Rules of Civil Procedure and Local Rule 37.1.  Said motion shall not exceed a total of four (4) pages.  An Answer to the Rule 37 motion, not to exceed four (4) pages, shall be filed within five (5) days of service of the motion.  No reply is permitted.

(b)     All papers shall set forth in a plain and concise manner the issue(s) in dispute, the party's position on the issues(s), and the reasons for the party's position.

(c)     Upon receipt of the Answer, the movant shall notify Chambers by email at jjf_civil@ded.uscourts.gov that the parties have completed briefing.

    (d)  Upon receipt of the movant's e-mail, the Court will determine whether a conference is necessary and advise the parties accordingly.

    (e)  There is no limit on the number of Rule 37 motions a party may file, unless otherwise ordered by the Court.

  6.  **Amendment of the Pleadings.** All motions to amend the pleadings shall be filed on or before September 1, 2006.

  7.  **Case Dispositive Motions.** Any case dispositive motions, pursuant to the Federal Rules of Civil Procedure, shall be served and filed with an opening brief on or before January 19, 2007. Briefing shall be pursuant to D. Del. LR 7.1.2. No case dispositive motion may be filed more than ten (10) days from the above date without leave of the Court.

  8.  **Applications by Motion.**

    (a)  Any applications to the Court shall be by written motion filed with the Clerk of the Court in compliance with the Federal Rules of Civil Procedure and the Local Rules of Civil Practice for the United States District Court for the District of Delaware (Amended Effective January 1, 1995). Any non-dispositive motion shall contain the statement required by D. Del. LR 7.1.1. Briefs shall be limited to no more than ten (10) pages. Parties may file stipulated and unopposed Orders with the Clerk of the Court for the Court's review and signing. The Court will not consider applications and requests submitted by letter or in a form other than a motion.

    (b)  No facsimile transmissions will be accepted.

    (c)  No telephone calls shall be made to Chambers.

(d) Any party with a true emergency matter requiring the assistance of the Court shall e-mail Chambers at: jjf_civil@ded.uscourts.gov. The e-mail shall provide a short statement describing the emergency.

9. **Pretrial Conference and Trial.** After reviewing the parties' Proposed Scheduling Order, the Court will schedule a Pretrial Conference.

The Court will determine whether the trial date should be scheduled when the Scheduling Order is entered or at the Pretrial Conference. If scheduling of the trial date is deferred until the Pretrial Conference, the parties and counsel shall anticipate and prepare for a trial to be held within sixty (60) to ninety (90) days of the Pretrial Conference.

|  |  |
|---|---|
| _____ | _____ |
| DATE | UNITED STATES DISTRICT JUDGE |

521564