## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LORNA CLAYCOMB, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 06-120-JJF |
| | : | |
| PLAYTEX PRODUCTS, INC., | : | |
| | : | |
| Defendant. | : | |

### AMENDED ORDER

At Wilmington this **2nd** day of **June, 2006**.

IT IS ORDERED that the teleconference scheduled for **Friday, June 30, 2006 at 9:00 a.m.** with Magistrate Judge Thynge to discuss the scheduling of, the procedures involved and the types of alternative dispute resolutions available, including mediation conferences shall be **initiated by defense counsel, since plaintiff is pro se**.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE