The District Court Of Delaware

The District Court  
Clerk's Office  
844 N. King St.  
Wilmington, DE 19801

June 19, 2006

06-120 (JJF)

FILED  
JUN 20 2006  
U.S. DISTRICT COURT  
DISTRICT OF DELAWARE

To whom it may concern. On June 8, 2006 I got evicted in my own house. The sheriff from the Superior Court came to my house, and force, kick to open my door. The horror sound scared me and my mother. When the sheriff and a police officer were inside my house, I then grab my reciept for the house from the table, and try to show it to him (the sheriff). He then grab the reciept from my hand and throw it to behind his back. I then hurried to look from the floor, and on the side table - where I found it, and grab the reciept. The police officer then grab my right arm and forced to arrest me. Then he took me to an officer car. There I start attacking my asthma. I've then asked the police officer that I needed my asthma inhaler. The inhaler medicine that I always carried with all the times. The police officer then took me to the hospital. There I've almost to die. I was not getting enough air, and I was having so much pain. The pain that I have been complaining ever since 2003, in my right chest and back.

at the back please!

I can't lay by back or by stomach. I went to see my Doctor, Dr. Lewandowski on the next day. I have also an appointment with Dr. Jawahar at June 21, 2006. I have suffered too much pain with their arrest, and until now, I can't drive, that I got worse. I needed to get my house back. I have purchase my mobile home from the year 2000, and paying the loan with a book that goes with a checkbook to pay the bill. The book was done on July/1 2005. I was waiting for the Title for the house. The company then asked me if I want another book, for paying the loan. The question it wasn't clear, because they waited for five years to asked me for another book. The billing person can't give me a time to talk and hung-up on me. I needed my right! That it's been since the year 2003 to suffer with my asthma, and it's been also since Jan./2005 to suffer without a job. I am now worsen that the Doctor told me not to work. I needed my claim so I can live. Thank you very much.

Very Truely Yours,
Lorna C Claycomb
Lorna C Claycomb



WILMINGTON DE 197

19 JUN 2006 PM 1 L



U.S.M.S. X-RAY

Lorna Claycomb
1061 S. Little Creek Rd.
Lot 15 Dover East
Dover, DE 19901

The District Court
Clerk's Office
844 N. King St.
Wilmington, DE 19801

19801+3313