IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LORNA CLAYCOMB,<br><br>   Plaintiff,<br><br>v.<br><br>PLAYTEX PRODUCTS, INC.,<br><br>   Defendant. | C.A. No. 06-120 (JJF) |

## NOTICE OF SERVICE

I, Jason A. Cincilla, Esquire, hereby certify that copies of this **NOTICE OF SERVICE** and **DEFENDANT'S INITIAL DISCLOSURES PURSUANT TO FED. R. CIV. P. 26(a)(1)** were caused to be served this 23rd day of June, 2006, upon plaintiff in the manner indicated:

**VIA FIRST-CLASS MAIL:**

Lorna Claycomb
1061 S. Little Creek Road, Lot 15
Dover, Delaware 19901

     MORRIS, NICHOLS, ARSHT & TUNNELL

     /s/ Jason Cincilla
     Donald E. Reid (#1058)
     Jason A. Cincilla (#4232)
     1201 N. Market Street
     P.O. Box 1347
     Wilmington, Delaware 19899-1347
     (302) 658-9200
      Attorneys for Defendant
      Playtex products, Inc.

June 23, 2006

526099