In The United States District Court
For The Distric of Delaware

United State District Court
844 N. King Street Lockbox 18
Wilmington, DE 19801-3570

Sept. 7, 2006

Lorna Claycomb    C.A. No. 06-120 JJF
  v
Playtex

Dear Sir or Madamm,

A letter Format for a Judge:
To whom it may Concern: I Lorna Claycomb, I would like a Settlement for this case. I have talk to an advisor at the Rehabelition at the Social Service in Dover, Delaware. I have to apply for a Desability claim at the Social Security for that. I can't work. The (Doctor), the Family Doctor have given me a note that I can not work. For the suffering that I have in my life with my asthma from year 2003, have got worse. I have an attack at the hospital that I almost die. I can't contenue of suffering. I cannot wait for settlemet for this case. I have bills to pay. Insurance for my car, I have to take my car to a shop for a service that I can't afford to pay. My living in my house is not secured. Playtex is responseble with losing of all my living and my health the lifting causing my asthma. I can't never go back to my normal life, like I used to be - when I started working at Playtex on year 2000. I need the Judge decesion and concern.

Respectfully Yours,
Lorna Claycomb
Lorna C. Claycomb

| DATE OF SERVICE | | DESCRIPTION | PROV. | UNITS | INS MESG. | CHARGE | INSURANCE PAID | ADJUSTMENT | PATIENT PAID | BALANCE DUE |
|---|---|---|---|---|---|---|---|---|---|---|
| | CPT4 | | | | | | | | | |
| 11/23/05 | 99214 | Detailed History<br>Patient: Lorna Claycomb - 18155<br>Servicing Provider: David A Jawahar<br>11/23/2005 Patient Payment | 3 | 1.0 | | 115.00 | | 0.00 | 20.00 | 95.00 |

*Lorna*
*If you do not pay on your account by 9/__/06 this will go to collections. Thank you*
*JC*

MESSAGE: SEE REVERSE SIDE IF AN INSURANCE MESSAGE APPEARS

COMMENTS: If we do not hear from you in thirty days further action will be taken on your account

Lorna Claycomb

PLEASE PAY  95.00

| 18155 | | | | | 95.00 | | |
|---|---|---|---|---|---|---|---|
| ACCOUNT NUMBER | NEW CHARGES SINCE LAST BILL | NEW PAYMENTS SINCE LAST BILL | NEW INS. PMT. SINCE LAST BILL | CURRENT DUE | PAST DUE | FINANCE CHARGE | SCHEDULED AMOUNT |

Dover Pulmonary P A • 530 South State St • Ste 107A • Dover, DE 19901            35

Bayhealth Medical Center - Emergency Department

640 South State Street Dover, DE 19901

(302)674-4700

Patient: LORNA CLAYCOMB, Date: 06/08/2006 Time: 14:39

## Discharge Instructions

**IMPORTANT:** We have examined and treated you today on an **emergency basis only**. This was **not** a substitute for, or an effort to provide, complete medical care. In most cases, you must let your doctor check you again. Tell your doctor about any new or lasting problems. We cannot recognize and treat all injuries or illnesses in one Emergency Department visit. If you had special tests, such as EKG's or X-rays, we will review them again within 24 hours. We will call you if there are any new suggestions. After you leave, you should **follow the instructions below.**

### THIS INFORMATION IS ABOUT YOUR FOLLOW UP CARE

Call as soon as possible to make an appointment in 1 day to see **LAWRENCE LEWANDOWSKI, MD.** You can reach LAWRENCE LEWANDOWSKI at (302)698-1100, 4601 S DUPONT HWY, SUITE 2, DOVER, DE, 19901. If you have any problems before this appointment, call the office. HE SAID THAT HE WILL SEE YOU TOMORROW.

Please return to the Emergency Department if your symptoms get worse.

### THIS INFORMATION IS ABOUT YOUR DIAGNOSIS

**ASTHMA**

Asthma is a disease that causes inflammation of the airways, or breathing tubes. When the airways are inflamed, they become swollen, the muscles in the airways tighten up, and lots of mucous is produced inside the airways.

This swelling, tightening of the airway muscles, and extra mucous makes it difficult for someone with asthma to breathe.

When you go home, follow these instructions:
- Take your preventive medications regularly, even if you feel fine.
- See your doctor regularly.
- Talk with your doctor about a plan for managing an asthma attack.

**Bayhealth Medical Center - Emergency Department**
**640 South State Street Dover, DE 19901**
**(302)674-4700**
Patient: **LORNA CLAYCOMB**, Date: 06/08/2006 Time: 14:39

again as discussed. If you have problems that we have not discussed, **call or visit your doctor right away.** If you cannot reach your doctor, return to the Emergency Department.

  **KENT GENERAL HOSPITAL** | **EMERGENCY**

DATE: 6-8-06   DOB:

```
K06159-00431          00-1247170
CLAYCOMB, LORNA C                    ERK
F DOB: 10/25/1960  45Y (302)730-3898
PHYSICIAN, EMERGENC       06/08/06
```

**INSTRUCTIONS FOR CARE FOLLOWING DISCHARGE FROM THE EMERGENCY DEPT:**
Kent General Hospital Emergency Personnel are specially trained to deal with emergencies. While we are here to help with your immediate health problems the treatment you receive is not meant to take the place of the complete care your doctor will give you. We will advise your local family doctor what we have treated you for by sending him/her a copy of your Emergency Department record. In most cases, we recommend that you see your family doctor for follow-up care. If you do not have a family doctor, please tell us, and we will give you a list of names for you to choose from.

**SPECIAL INSTRUCTIONS:** see instructions

**MEDICATION INSTRUCTIONS:**
- ☐ Fill prescriptions and take medications according to directions.
- ☐ Do not drink alcohol or take sedatives with this medication.
- ☐ Do not drive, operate machinery, or perform dangerous tasks while taking this medication.
- ☐ Take this medication with food.
- ☐ _____

**FOLLOW-UP INSTRUCTIONS:**
- ☒ See your family doctor.          ☒ in __1__ days   (Call for appt.)
- ☒ Return to the Emergency Department. if worse   ☐ on _____ at _____:_____
- ☐ See Dr. _____
- ☐ No work / school _____        ☐ No gym / sports
- ☐ Light duty _____
- ☐ May return to work / school _____
- ☐ Call for Occupational Health appt. _____

PHYSICIAN SIGNATURE: _LA_

**I UNDERSTAND THAT:**
- I should see my family doctor or return to the Emergency Department if I become worse or develop further problems.
- If x-rays were taken, they will be read by a radiologist and I may be called for a recheck or further x-rays if necessary.
- I am responsible for arranging my follow-up care.
- I have received the above instructions and they were explained to me by an emergency physician or nurse.

DATE: 6/8/6
TIME: 1449

INSTRUCTED BY: _____
I have read and understand these instructions.
RESPONSIBLE PARTY: _____

992322 (11/93)

## RETURN TO WORK OR SCHOOL

### SUNSHINE HEALTH PROFESSIONALS
Dr. Lawrence Lewandowski
4601 S. DuPont Hwy., Suite 2
Dover, DE 19901
(302) 698-1100

Date: 5/11/06

This is to certify that _Roma Claycomb_

has been under my care for the following: _Medical treatment_

and is able to return to ~~work~~ school on _See Below_

Remarks: _No work until cleared by specialist_

_Lawrence Lewandowski, M.D._

DR. LAWRENCE LEWANDOWSKI (SIGNATURE)

Lorna C Claycomb
1061 S. Little Creek Rd
Lot 15 - Dover East Dover, DE
19901

Office of the Clerk
United State District Court
844 N. King St, Lockbox 18
Wilmington, DE 19801-3570