CA. No. 06-120 (JJF)                    Oct. 26, 2006

Dear Sir or Madam,

To whom it may Concern. Today Oct. 26, 2006 we got evicted again, By: the Sheriff at the Superior Court of Delaware. The Court 7 did not put into a summon or Order of my Complaint after evicted us on June 8, 2006. I can't wait any longer due that I am hurting. I can't hardly walk any more because of injuring me of this eviction, and I am also shaking. I have been having appointment with doctor Penny at Dover Del. The Pretrial Conference that set on 5/10/2007 is going to hurt me more because I can't work. The (Doctor) Family Doctor give me a note that I can't work because I was attacking asthma. June 8, I have an attack at the Hospital at Kent Gen. Hospital. Now I am more hurting because the change the Lock of home. I have no were to stay. And I have no income or claim that I recieve in this time. Your Concern Honorable Joseph J. Farnan of my Case that I need the settlement soon. I thank you for all your Concern.

Respectfully Yours
Lorna Claycomb
Lorna Claycomb

C.A. No. 06-120 (JJF)   Oct. 26, 2006

I Lorna Claycomb certified that I have serve M.N.A. Tunnell.

**By Hand**
Donald E. Reid
Morris, Nichols, Arsht And Tunnell
1201 North Market St.
P.O. Box 1347
Wilmington, DE 19899

*Lorna Claycomb*
Lorna Claycomb
1061 S. Little Creek Rd.
Lot 15 Dover East
Dover DE 19901



**SUNSHINE HEALTH PROFESSIONALS**
DR. LAWRENCE LEWANDOWSKI

4601 S. DUPONT HWY., SUITE 2
DOVER, DELAWARE 19901

PHONE: 302-698-1100
FAX: 302-698-1187

CONSULTATION REQUEST

*Neuro*

To: Dr. _Penny Stephen F._
Address _1074 S. State St._
_Dover, DE_
Phone _302-678-8100_
Fax _____

Date _9/20/06_
Appt. Date _Oct. 9, 2006_
Appt. Time _1:15 PM_
Auth # _____

Records Faxed/Mailed _____

Re: Patient _Roma Claycomb_
D.O.B. _____
Phone _730-3898_
Address _1061 S. Littlecreek Rd_
_Lot 15   Dover, De 19901_

I am referring this patient to you for the following problem. Copies of appropriate notes, labs, and tests are enclosed.

_R/o Parkinson/MS_
_↑ Weakness, Tremors_

A. _✓_ Please evaluate and administer appropriate management for this problem. Refer back to me for management if appropriate. Please send copies of progress notes, labs, and other tests.

B. _____ Please give a second opinion only.

Thanks for your help,

_[signature]_
Dr. Lawrence Lewandowski

### RETURN TO WORK OR SCHOOL

**SUNSHINE HEALTH PROFESSIONALS**
Dr. Lawrence Lewandowski
4601 S. DuPont Hwy., Suite 2
Dover, DE 19901
(302) 698-1100

Date: 5/11/06

This is to certify that _Roma Claycomb_

has been under my care for the following:

_Medical treatment_

and is able to return to ~~work~~ school on _See Below_

Remarks: _No work until cleared by specialist_

_Lawrence Lewandowski, M.D._

**DR. LAWRENCE LEWANDOWSKI (SIGNATURE)**

DELAWARE SUPREME COURT
FILED
2006 OCT -4 P 4:02
CLERK
DOVER