# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

CHAMBERS OF
JOSEPH J. FARNAN, JR.
JUDGE

LOCKBOX 27
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6155

November 1, 2006

Lorna C. Claycomb, Pro Se
1061 South Little Creek Road
Lot 15
Dover, DE 19901

      RE:   Claycomb v. Platex
              <u>Civil Action No. 06-120 JJF</u>

Dear Ms. Claycomb:

      The Court has received your letter dated October 26, 2006 concerning your request that settlement occur soon.
      As you know, all matters related to any possible settlement have been referred to Magistrate Judge Thynge. A copy of your letter has been forwarded to the Magistrate Judge for review.

Sincerely,

JOSEPH J. FARNAN, JR.

JJFjr:dk

cc: Magistrate Judge Thynge
    Donald E. Reid, Esquire
    Clerk, U.S. District Court