IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LORNA CLAYCOMB, | |
| Plaintiff, | |
| v. | C.A. No. 06-120 (JJF) |
| PLAYTEX PRODUCTS, INC., | |
| Defendant. | |

## NOTICE OF SERVICE

I, Jason A. Cincilla, Esquire, hereby certify that copies of the **EXPERT REPORTS** of **AARON GREEN, M.D., MPH** and **MELVIN E. CASSADAY, CIH** and this **NOTICE OF SERVICE** were caused to be served this 3rd day November, 2006, upon plaintiff in the manner indicated:

### VIA FIRST-CLASS MAIL:

Lorna Claycomb
1061 S. Little Creek Road, Lot 15
Dover, Delaware 19901

MORRIS, NICHOLS, ARSHT & TUNNELL

/s/ Jason Cincilla
Donald E. Reid (#1058)
Jason A. Cincilla (#4232)
1201 N. Market Street
P.O. Box 1347
Wilmington, Delaware  19899-1347
(302) 658-9200
   Attorneys for Defendant
   Playtex products, Inc.

November 3, 2006

526099