U.S. District Court Of Delaware

C. No. 1:06-CV120-JJF          Nov. 6, 2006

I Lorna Claycomb, Certifies the service that all the record copies from a Doctor be here for a Honorable Judge Joseph J. Farnan, for a request for a settlement for my case.

Respectfully Yours,
Lorna C Claycomb
Lorna C Claycomb

# SEALED

# DOCUMENT