U.S. District Court of Delaware

C. No. 1:06-CV 120 -JJF

Nov. 6, 2006

Motion to Seal:

I Lorna Claycomb, Please seal all the records copies from a Doctor. Thank you!

*Lorna C Claycomb*
Lorna C Claycomb

U.S. District Court Of Delaware
<s>
</s>

C. No. 1:06-CV 120-JJF                    Nov. 6, 2006

## Certificate Of Service

I Lorna Claycomb Certifies the service, all the copies served this day of No. 6, 2006.

### By Hand:

Morris, Nichols, Arsht & Tunnell
1201 North Market St.
P.O. Box 1347
Wilmington, DE 19899
Jason A. Cincilla


*Lorna C Claycomb*
Lorna C Claycomb
1061 S. Little Creek Rd
Lot 15 Dover East
Dover, DE 19901