## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LORNA CLAYCOMB, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 06-120-JJF |
| PLAYTEX PRODUCTS, INC., | : |
| Defendant. | : |

## **ORDER**

At Wilmington this **7th** day of **November, 2006**.

IT IS ORDERED that the teleconference has been scheduled for **Wednesday, November 15, 2006 at 9:00 a.m.** with Magistrate Judge Thynge to discuss the status of the case and court-assisted ADR. **Defense counsel shall initiate the teleconference call.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE