IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

LORNA CLAYCOMB,                :
                               :
        Plaintiff,             :
                               :
    v.                         :    Civil Action No. 06-120-JJF
                               :
PLAYTEX PRODUCTS, INC.,        :
                               :
        Defendant.             :

### ORDER

WHEREAS, Plaintiff's Motion To Seal Medical Records (D.I. 22) is pending before the Court;

WHEREAS, pursuant to the United States District Court for the District of Delaware's Administrative Procedures Governing Filing and Service By Electronic Means, medical records should not be included in public records and should be sealed;

NOW THEREFORE IT IS HEREBY ORDERED that Plaintiff's Motion To Seal Medical Records (D.I. 22) is **GRANTED**;

IT IS FURTHER ORDERED that the Clerk of the Court for the District of Delaware be and he is hereby directed to seal Plaintiff's medical records (D.I. 21, Ex. A).

November 16, 2006
DATE

UNITED STATES DISTRICT JUDGE