In The United States District Court
For The District Of Delaware

U.S. District Court
Clerk's Office
844 North King Street
Wilmington, DE 19801

Jan. 9, 2007

Lorna Claycomb
v
Playtex
C.A. No. 06-120-JJF

To whom it may concern, I Lorna ClayComb, I would like a request for a Pre-trial for this month Jan./2007. Thank you very much.

Respectfully yours,
Lorna ClayComb
Lorna ClayComb



BD scanned

Lorna C. Claycomb
1061 S. Little Creek Rd.
Lot 15 Dover East
Dover, DE 19901

WILMINGTON DE 197
09 JAN 2007 PM 2 T

United States District Court
Office of the Clerk
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801