IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LORNA CLAYCOMB, | |
| Plaintiff, | |
| v. | C.A. No. 06-120 (JFF) |
| PLAYTEX PRODUCTS, INC., | |
| Defendant. | |

**DEFENDANT PLAYTEX PRODUCTS, INC.'S**
**<u>MOTION FOR SUMMARY JUDGMENT</u>**

Defendant Playtex Products, Inc. ("Playtex") hereby moves for summary judgment in its favor and against plaintiff Lorna Claycomb. The grounds for this motion are set forth in Playtex's opening brief, submitted herewith.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ *signature*
Donald E. Reid (#1058)
Jason A. Cincilla (#4232)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
  Attorneys for Defendant
  Playtex Products, Inc.

January 12, 2007

548836v1

## CERTIFICATE OF SERVICE

I, Jason A. Cincilla, Esquire, hereby certify that copies of the foregoing **DEFENDANT PLAYTEX PRODUCTS, INC.'S MOTION FOR SUMMARY JUDGMENT** were caused to be served this 12th day of January, 2007, upon plaintiff in the manner indicated:

### VIA FIRST-CLASS MAIL:

Lorna Claycomb
1061 S. Little Creek Road, Lot 15
Dover, Delaware 19901

_____
Jason A. Cincilla (#4232)

525542