IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

LORNA CLAYCOMB,

              Plaintiff,

    v.

PLAYTEX PRODUCTS, INC.,

              Defendant.

C.A. No. 06-120 (JFF)

**APPENDIX TO PLAYTEX PRODUCTS, INC.'S OPENING BRIEF
IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT**

MORRIS, NICHOLS, ARSHT & TUNNELL
Donald E. Reid (#1058)
Jason A. Cincilla (#4232)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
    Attorneys for Defendant

January 12, 2007

## TABLE OF CONTENTS

| TAB | DESCRIPTION | PAGE NO. |
|---|---|---|
| A | Plaintiff's Charge of Discrimination | A1-A3 |
| B | Expert Report of Melvin E. Cassady, CIH | A4-A27 |
| C | Expert Report of Aaron Green, M.D., M.P.H. | A28-A32 |

## CERTIFICATE OF SERVICE

I, Jason A. Cincilla, Esquire, hereby certify that copies of the foregoing **APPENDIX TO PLAYTEX PRODUCTS, INC.'S OPENING BRIEF IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT** were caused to be served this 12th day of January, 2007, upon plaintiff in the manner indicated:

### VIA FIRST-CLASS MAIL:

Lorna Claycomb
1061 S. Little Creek Road, Lot 15
Dover, Delaware 19901


_____
Jason A. Cincilla (#4232)

525542

A

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974

**Delaware Department of Labor**

| ENTER CHARGE NUMBER |
| --- |
| ☐ FEPA *050100231* |
| ☐ EEOC *17CA500187* |

and EEOC (if applicable)

**NAME** (Indicate Mr., Mrs., Ms)
Ms. Lorna Claycomb

**HOME TELEPHONE NO.** (Include Area Code)
(302) 730-3898

**STREET ADDRESS**    **CITY, STATE AND ZIP CODE**    **COUNTY**
1061 S. Little Creek Rd. Lot# 15 Dover East  Dover, DE 19901,    Kent

**NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME** (*If more than one, list below.*)

| NAME | NO. OF EMPLOYEES OR | TELEPHONE NUMBER (Incl. Area Code) |
| --- | --- | --- |
| Playtex Products Inc. | MEMBERS  25+ | (302) 678-6120 |

**STREET ADDRESS**    **CITY, STATE AND ZIP CODE**
Playtex Products Inc. P.O. Box 7016, Dover, DE 19601

| NAME | TELEPHONE NUMBER (Include Area Code) |
| --- | --- |
|  |  |

**STREET ADDRESS**    **CITY, STATE AND ZIP CODE**

☐ RACE ☐ COLOR ☐ SEX ☐ RELIGION ☐ NATIONAL ORIGIN ☐ AGE

☐ RETALIATION ☒ DISABILITY ☐ OTHER (Specify)

**DATE DISCRIMINATION TOOK PLACE**
**EARLIEST** 1/3/2005
**LATEST** 1/3/2005
☐ CONTINUING ACTION

**THE PARTICULARS ARE** (If additional space is needed, attached extra sheet(s):

Jurisdiction: Charging Party was employed by Respondent as a Machine Operator by Respondent in their Dove, DE facility.

Charging Party's protected class: Disability

Adverse employment action: Reasonable Accommodation and Lay Off

Brief statement of allegations: Charging Party was laid-off because Respondent failed to provide her a reasonable accommodation for her disability. Charging Party was informed by Respondent's Human Resource personnel that there were no jobs that they could provide that would accommodate her disability.

Respondent's explanation: There were no job assignments available.

Applicable law(s): Americans with Disabilities Act, as amended, and Handicapped Persons Employment Protection Act, as amended,

Comparator(s) or other specific reason(s) for alleging discrimination: None

Additional information and verification of these facts are provided by the attached Affidavit.

☒ I also want this charge filed with the EEOC. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

**SIGNATURE OF COMPLAINANT**

*Lorna Claycomb*

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

*The Department of Labor Discrimination Unit provides the following excerpt from 19 Del. C. § 710, et seq. as a detailed description of the administrative process. If you need legal advice, please seek your own independent legal counsel.*

### § 712 Enforcement provisions; powers of the Department; administrative process.

(c) The administrative process requires the following:

(1) Statute of limitation and filing procedure. Any person claiming to be aggrieved by a violation of this chapter shall first file a Charge of Discrimination within 120 days of the alleged unlawful employment practice or its discovery, setting forth a concise statement of facts, in writing, verified and signed by the Charging Party. The Department shall serve a copy of the verified Charge of Discrimination upon the named Respondent by certified mail. The Respondent may file an answer within twenty (20) days of its receipt, certifying that a copy of the answer was mailed to the Charging Party at the address provided.

(2) Preliminary findings and recommendations. The Department shall review the submissions within sixty (60) days from the date of service upon the Respondent and issue preliminary findings with recommendations. The preliminary findings may recommend: (i) dismissing the Charge unless additional information is received which warrants further investigation; (ii) referring the case for mediation requiring the parties' appearance; or (iii) referring the case for investigation.

(3) Final determinations upon completion of investigation. After investigation, the Department shall issue a Determination of either "Reasonable Cause" or "No Reasonable Cause" to believe that a violation has occurred or is occurring. All cases resulting in a "Reasonable Cause" Determination will require the parties to appear for compulsory conciliation. All cases resulting in a "No Cause" Determination will receive a corresponding Delaware Right to Sue Letter.

(4) Confidentiality of the Department's process. The Department shall not make public the charge of discrimination or information obtained during the investigation of a charge. This provision does not apply to disclosures made to the parties, their counsel, or witnesses where disclosure is deemed necessary or appropriate. Nothing said or done during and as a part of the mediation or conciliation efforts may be made public by the Department, its officers or employees or used by any party as evidence in a subsequent proceeding without the written consent of the persons concerned.

(5) End of administrative process. In all cases where the Department has dismissed the Charge, issued a No Cause Determination or upon the parties failed conciliation efforts, the Department shall issue a Delaware Right to Sue Notice, acknowledging the Department's termination of the administrative process. Once the Department has issued its preliminary findings pursuant to subsection (2), the Department, in its discretion, may grant a Delaware Right to Sue Notice to a Charging Party.

**VERIFICATION**
Pursuant to Title 19 Del. C. § 712(c)(1)

State of Delaware            )
                             )     ss:
   Kent            County    )

I, Lorna Claycomb          , swear or affirm that I have read the Charge of Discrimination and that it is true to the best of my knowledge, information and belief.

I further agree to advise the agencies involved if I change my address or telephone number, and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

In addition to the facts set forth in the Charge of Discrimination, I hereby aver the following: (optional; do not include witness information)

*not in this time*

_Lorna Claycomb_
Charging Party's Verification Signature

**SWORN TO AND SUBSCRIBED** before me this 19th day of January, 2005.

Notary Public/Attorney at Law

B



# CASSADY SAFETY AND HEALTH SERVICES, INC.

### MELVIN E. CASSADY, CIH
#### OCCUPATIONAL SAFETY & HEALTH CONSULTING

## EXECUTIVE SUMMARY

Since the year 2000, the Playtex Risk Manager and I have conducted OSHA-type audits for potential health and safety issues in all areas of the Dover facility. In addition, an Occupational Exposure Assessment (OEA) was conducted in manufacturing This OEA is a process of determining potential exposures and if and how frequently those exposures need to be evaluated. There were no potential exposures to chemicals or fibers in the manufacturing areas of Plant 4. However, it was decided that respirable dust sampling would be conducted in the Webbing Department. Personal air sampling pumps were attached to four employees in an effort to determine the 8-hour time weighted average. The notification letters are attached in Appendix A. All samples were at or below the limit of detection, Table I.

In October, 2006 additional respirable dust was sampled in Webbing, the area where the pacifiers were tested and in the DropIns packing area. The samples were General Area samples that were placed in locations thought to be the highest concentration. General Area samples located in this manner tend to over state the potential exposure to employees. Employees will generally move in and out of areas that vary in concentration. All samples were at or below the limit of detection, Table I.

A4

**TABLE I**
**SAMPLING RESULTS**
**Respirable Dust**

| Job/Location | Date | Sample Time, minutes | Concentration, mg/m3 | OSHA Standard, mg/m3 |
|---|---|---|---|---|
| Material Feeder | 04/03 | 390 | <0.06 | 5 |
| Fill-In | 04/03 | 391 | <0.06 | 5 |
| Operator | 04/03 | 391 | <0.06 | 5 |
| Reprocessor | 04/03 | 390 | <0.06 | 5 |
| Pacifier Area | 10/06 | 215 | <0.09 | 5 |
| DropIn Packaging | 10/06 | 315 | <0.06 | 5 |
| QC Area (1) | 10/06 | 350 | <0.06 | 5 |
| QC Area (2) | 10/06 | 78 | <0.06 | 5 |
| Blend Line A | 10/06 | 343 | <0.2 | 5 |
| Blend Line B | 10/06 | 343 | <0.06 | 5 |

**DISCUSSION**

All respirable dust samples, personal and general area, were well below the OSHA standard. The potential exposure for the Webbing Department would be rayon fibers. A literature search was conducted for rayon fibers health effects and, except for respirable dust, there was no specific health hazard. The pacifier area has no exposure to any dust or chemical.

Melvin E. Cassady, CIH

# Appendix A
# Personal Air Sampling Data



# CASSADY SAFETY AND HEALTH SERVICES, INC.

### MELVIN E. CASSADY, CIH
OCCUPATIONAL SAFETY & HEALTH CONSULTING

## Playtex-Dover/Rando

**RESPIRABLE DUST REPORT**

### April, 2003

**TO:   Mike Brown**

On April 4, 2003 job activities were monitored for respirable dust exposure.  Please review the monitoring summary, place your signature/date below and return this form to your supervisor.

EMPLOYEE SIGNATURE_____ DATE

SUPERVISOR SIGNATURE_____ DATE

Date: 4/4/03          Plant:  Playtex-Dover

Sample Type: Respirable Dust              Dept.  Rando

Employee Name:  Mike Brown

Shift:    Days              Normal Shift Hours: 7:00 AM- 3:30 PM

Job Duties:  Reprocessor

Total:  390 minutes

Established Level: OSHA 8 hour TWA: 5 mg/m3
Measured Exposure Respirable Dust: <0. 06 mg/m3

Sampled by:

*Mel E Cassady*

Melvin E. Cassady, C.I.H., President
Cassady Safety and Health Services, Incorporated



# CASSADY SAFETY AND HEALTH SERVICES, INC.

### MELVIN E. CASSADY, CIH
OCCUPATIONAL SAFETY & HEALTH CONSULTING

## Playtex-Dover/Rando

### RESPIRABLE DUST REPORT

**April, 2003**

TO:   **Margaret Miller**

On April 4, 2003 job activities were monitored for respirable dust exposure.  Please review the monitoring summary, place your signature/date below and return this form to your supervisor.

EMPLOYEE SIGNATURE_____ DATE

SUPERVISOR SIGNATURE_____ DATE

Date: 4/4/03          Plant:  Playtex-Dover

Sample Type: Respirable Dust               Dept.  Rando

Employee Name:  Margaret Miller

Shift:    Days                Normal Shift Hours: 7:00 AM- 3:30 PM

Job Duties:  Operator

Total:  391 minutes

Established Level: OSHA 8 hour TWA: 5 mg/m3
Measured Exposure Respirable Dust: <0. 06mg/m3

Sampled by:

*[signature]*

Melvin E. Cassady, C.I.H., President
 Cassady Safety and Health Services, Incorporated

**A8**



# CASSADY SAFETY AND HEALTH SERVICES, INC.

### MELVIN E. CASSADY, CIH
OCCUPATIONAL SAFETY & HEALTH CONSULTING

## Playtex-Dover/Rando

### RESPIRABLE DUST REPORT

**April, 2003**

**TO:    Lucinda L Searles**

On April 4, 2003 job activities were monitored for respirable dust exposure.  Please review the monitoring summary, place your signature/date below and return this form to your supervisor.

EMPLOYEE SIGNATURE_____ DATE

SUPERVISOR SIGNATURE_____ DATE

Date: 4/4/03            Plant:  Playtex-Dover

Sample Type: Respirable Dust            Dept.  Rando

Employee Name:  Lucinda L. Searles

Shift:     Days            Normal Shift Hours: 7:00 AM- 3:30 PM

Job Duties:  Fill-in

Total:  391 minutes

Established Level: OSHA 8 hour TWA: 5 mg/m3
Measured Exposure Respirable Dust: <0.06 mg/m3

Sampled by:

Melvin E. Cassady, C.I.H., President
 Cassady Safety and Health Services, Incorporated

A9



# CASSADY SAFETY AND HEALTH SERVICES, INC.

### MELVIN E. CASSADY, CIH
OCCUPATIONAL SAFETY & HEALTH CONSULTING

## Playtex-Dover/Rando

### RESPIRABLE DUST REPORT

#### April, 2003

TO:   **Mary Yearsley**

On April 4, 2003 job activities were monitored for respirable dust exposure.  Please review the monitoring summary, place your signature/date below and return this form to your supervisor.

EMPLOYEE SIGNATURE_____ DATE

SUPERVISOR SIGNATURE_____ DATE

Date: 4/4/03          Plant:  Playtex-Dover

Sample Type: Respirable Dust            Dept.  Rando

Employee Name:  Mary Yearsley

Shift:    Days              Normal Shift Hours: 7:00 AM- 3:30 PM

Job Duties:  Material Feeder
Total:  390 minutes
 Established Level: OSHA 8 hour TWA: 5 mg/m3
Measured Exposure Respirable Dust: <0.06 mg/m3

Sampled by:

Melvin E. Cassady, C.I.H., President
 Cassady Safety and Health Services, Incorporated

A10



# CASSADY SAFETY
# AND HEALTH
# SERVICES, INC.

### MELVIN E. CASSADY, CIH
#### OCCUPATIONAL SAFETY & HEALTH CONSULTING

Attached is a summary of my professional Services.

I.      Resume:  See attachment A

II.     Experience:  See Attachment B

III.    List of Publications:  See Attachment C

IV.     Billing Rate for Litigation:  $150 per Hour plus expenses

V.      List of deposition and witness:  During last four years I have not been deposed or
        served as an expert witness.

VI.     Training the Last five years:  See Attachment D

Melvin E. Cassady, CIH #1249

**A11**

# Attachment A
# Resume

# MELVIN E. CASSADY
### 355 Concord Circle
### Southampton, Pa. 18966
### Phone (215) 953-0182

### Fax (215) 953-7712
## OCCUPATIONAL AND ENVIRONMENTAL
## SAFETY AND HEALTH CONSULTING

**EDUCATION:**

| | |
|---|---|
| M.S., Environmental Health/Industrial Hygiene | University of Cincinnati, 1969 |
| B.S., Biology, minor in Chemistry | Fort Lewis College, Durango, Colorado 1967 |

**CERTIFICATION:**                          Board Certified Industrial Hygienist

**EMPLOYMENT HISTORY:**

| | |
|---|---|
| Cassady Safety and Health Services, Inc. | President, Occupational Safety and Health Consulting, 1991-Present |
| National BioSystems, Inc. | Director, Occupational and Environmental Health & Safety, 1989-1991 |
| Occupational Safety & Health | Senior Industrial Hygienist, 1977- Administration (OSHA)1985, Director of Health Response Team, 1985-1991 |
| National Institute for | Research Industrial Hygienist, 1975- Occupational Safety & Health 1977 |
| Kennecott Copper Corp. | Senior Engineer, 1973-1975 Kennecott Copper Corp. Environmental Control Supervisor, 1971-1973 |
| Kennecott Copper Corp. | Associate Industrial Hygiene Engineer, 1969-1971 |
| United States Army | Laboratory Technician, 1962-1965 |
| National Lead Co. of Ohio | Industrial Hygiene Technician, 1960-1962 |

# EXPERIENCE:

**Cassady Safety and Health Services, Inc., President, Occupational Safety and Health Consulting**

Provides consultation to government and private industry. This consultation includes safety and health audits to determine compliance with OSHA, protocol development for industrial hygiene surveys, industrial hygiene sampling, engineering control assessments, training for lead abatement and confined space, and expert witness testimony. Additionally networked with a pulmonary physiologist/epidemiologist, epidemiologist, board certified occupational physician, toxicologist, and industrial hygienists and safety personnel to assist in developing written programs and training.

**National BioSystems, Inc., Director, Occupational and Environmental Health & Safety Services Division**

Provided technical and managerial oversight for all Division government and industrial contracts. As one of approximately 4000 Certified Industrial Hygienists in the U.S., provided 26 years of experience to assist in bringing corporate and government agencies into compliance with OSHA regulations. Provided expert testimony in toxic tort litigation, developed protocols and training, and conducted industrial hygiene surveys and safety and health audits in government-owned contractor-operated facilities. Also conducted program reviews for the private sector and government, provided standards interpretation for Federal regulatory agencies (responded to correspondence and telephone inquiries regarding interpretation of the OSHA Hazardous Waste and Emergency Response standard), and conducted routine industrial hygiene activities.

**Occupational Safety and Health Agency (OSHA), Director, Health Response Team**

Served first as a Senior Industrial Hygienist, and then as Director of the OSHA Health Response Team. This team, based in Salt Lake City, was formed to respond to nationwide emergency situations in the field of Occupational Safety and Health. Duties included investigation of all information on control technology related to abatement of a specific hazard, participation in the development of technical instructions to OSHA field personnel, and supervision of technical training related to recognition and control of particular hazards. Was responsible for maintaining liaison with other federal agencies, including NIOSH, EPA, MSHA, and USCG, and provided assistance and guidance to the Solicitor's Office on the legal sufficiency of case documentation. Evaluated State Occupational Safety and Health programs and developed and reviewed items on national policy for OSHA. The Health Response Team was responsible for coordinating the Agency's activities in hazardous waste. Team leader on several major inspections that were high hazard industries.

**National Institute for Occupational Safety and Health (NIOSH), Research Industrial Hygienist**

Research Industrial Hygienist in the Division of Field Studies and Clinical Investigation Branch. Formulated and directed industry-wide studies, surveys, and comprehensive analyses of the environmental exposures to airborne dusts, gases, solvent, and other chemical and biological agents, under the general supervision of the Branch Chief. Duties included input for criteria documents dealing with toxic materials and harmful physical agents, development and implementation of sampling methods, identification of potentially hazardous materials, searches of the literature for information relative to particular industries, health hazards, etc., supervision of data analysis, recommendation of appropriate control measures, and preparation of technical reports that documented specific industrial hazards and proposed specific measure for their elimination or abatement. Also supervised engineers and technicians and maintained close liaison with government, industrial, and academic investigators who were engaged in allied studies. Responsible for developing research projects, determining manpower and funding requirements, and making assignments, as Unit Chief.

**Kennecott Copper Corporation, Senior Engineer**

Held progressively responsible positions in Industrial Hygiene and Occupation Safety at mining and smelting sites in Utah and Arizona. By 1973, was a Senior Engineer at corporate headquarters and supervised two environmental engineers. Conducted surveys of dust, noise, heat and gas, analyzed data, and made recommendations for controlling problem areas. Also reviewed dust and fume control system designs and provided the expertise to solve any problems that could not be solved by engineers in the field. Also responsible for staying current on legislation related to occupational safety and health, and on new sampling and calibration methods and equipment. Developed and implemented a comprehensive environmental health program at Ray Mines Division in Arizona that involved definition of all potentially hazardous areas from the beginning of the operation of a specific sampling program, analysis of data, recommendations for appropriate controls, and follow-up evaluations after controls were installed. Duties included supervising 25 safety, health, and security personnel, and providing training for the personnel under my supervision. Monitored dust, noise, and gases in the work environment and recommended methods for controlling problem areas as an Associate Industrial Hygiene Engineer in the Metal Mining Division. Responsibilities in the air and water pollution fields included stack sampling, tailing stabilization programs, keeping current on regulatory standards, and training field engineers.

**U.S. Army, Laboratory Technician**

Served as a clinical medical laboratory technician and rose to the rank of sergeant. Was the non-commissioned officer-in-charge of the laboratory.

**National Lead Company of Ohio, Industrial Hygiene Technician**

Was responsible as an industrial hygiene technician for monitoring materials to determine the extent of radioactive contamination and for suggesting appropriate decontamination methods. Also monitored the radioactivity in the atmosphere surrounding the plant and assisted in plant inspections to ensure that workers were following good industrial hygiene and safety practices.

# Attachment B
# Experience

Cassady Safety and Health Services, Inc

Experiences

## CASSADY SAFETY AND HEALTH SERVICES EXPERIENCE

**Department of Energy Tiger Teams.** Comprehensive assessments of DOE sites, which involved the following functional areas.
1.    Organization and administration
2.    Training
3.    Maintenance
4.    Technical support
5.    Engineering
6.    Radiological health
7.    Industrial hygiene
8.    Industrial safety
9.    Worker safety
10.   Fire safety
11.   Safety guard/security
12.   Quality control
13.   Nuclear criticality safety
14.   Medical services

The assessments involved review of all programs and implementation of those programs.  In addition, compliance inspections were conducted.   Mr. Cassady was the team leader for the Worker Safety Team, which determined compliance with all OSHA safety and health standards.

Worker Safety.  The responsibility under this functional area was to determine compliance with OSHA Standards.  Mr. Cassady conducted assessments at the following sites:
- Paducah
- Argonne National Laboratory
- Lawrence Berkeley Laboratory
- Princeton Plasma Physics Laboratory
- Oak Ridge National Laboratory
- Idaho National Engineering Laboratory
- Pittsburgh Energy Technology Center
- Morgantown Energy Technology Center
- Portsmouth

Industrial Hygiene.  The responsibility under this functional area was to review the industrial hygiene programs and to determine if these programs were implemented.
- Naval Petroleum Reserve
- Strategic Petroleum Reserve

A17

**Department of Energy Progress Assessment**. The purpose of the Progress Assessment was to determine the progress that was made to comply with the Tiger Team Assessment.
- Oak Ridge National Laboratory

**Department of Energy. Chemical Safety Review (Process Safety Management).** Review the site to determine compliance with OSHA's Process Safety Management Standard. The purpose of the review was to determine if the site contained quantities of chemicals, which would require compliance with the Process Safety Management standard. These reviews were conducted at the following sites:
- Savannah River
- Paducah
- Oak Ridge Laboratory

**Department of Energy Operational Readiness Review.** Mr. Cassady was responsible for determining the sufficiency of programs in the following areas: industrial hygiene, occupational safety and occupational medicine. Also, he was responsible for determining compliance with OSHA safety and health standards. This evaluation was conducted at Savannah River.

**Miscellaneous Department of Energy Projects**
- Recordkeeping. This contract was to review the OSHA Summary of Injury/Illness records and to determine if all recordable injuries/illnesses were recorded properly by interviews and review of the first report of injury and illness.
- Development of protocol, plan and guidelines for conducting assessments for the adequacy of the written programs such as Hazard Communication, Laser Safety, Lockout/Tagout, Confined Spaces, Noise and Personal Protective Equipment.
- Senior IH on MACTEC contract to provide support to DOE at the Hanford Site in Richland, Washington. This involves program development, oversight of contractors, appraisals, accident investigations, and management readiness review.
- Charged by Secretary of Energy O'Leary to conduct a "whistleblower" review.
- Conducted training for DOE personnel on how to use the OSHA Computerized Information System. CSHS developed a user's manual for that system for on-line and CD-ROM applications.

**Federal Employee Occupational Safety and Health Surveys (FEOSH- 19 CFR 1960).** Designed protocol and conducted an exposure assessment survey of the office and field groups. The project involved a review of the programs, a determination of hazards and interviewing employees and managers to determine program implementation and any safety and health culture deficiencies.
- Department of Energy Richland Field office
- Department of Energy - Defense Programs Headquarters (47 offices)

**CSS Industry  (6 Plants).** Conducted an OSHA-type audit of the facilities. This involved identifying all health hazards as well as safety hazards such as machine guarding, electrical, Permit-Required Confined Spaces, Lockout/Tagout, Egress (OSHA standard and Life-Safety Code) and Recordkeeping.

**Jefferson Group.** Conducted an OSHA-type audit of a primary/secondary lead smelter. The audit included safety and health issues. It also included an assessment of existing engineering controls and engineering controls, which could be implemented to reduce employee exposure.

**The Black Prince Distillery.** Conducted an Occupational Exposure Assessment, which included conducting a baseline of health and safety hazards, developing the sampling strategy, conducting the sampling or monitoring, and recommending the engineering controls. It also included evaluating the existing programs, revising those programs as necessary and writing new required programs. A Hazard Communication and Hearing Conservation Programs were developed and an outline for the training that would need to be performed.

**Nathan Trotter.** Conducted an Occupational Exposure Assessment, which included conducting a baseline of health and safety hazards, developing the sampling strategy, conducting the sampling or monitoring, and recommending the engineering controls. It also included evaluating the existing programs, revising those programs as necessary and writing new required programs. A Hazard Communication Program was developed and a training program was conducted. Hazard warning labels for all products and raw materials were developed.

**Arbill Laundry.** Conducted an Occupational Exposure Assessment, which included conducting a baseline of health and safety hazards, developing the sampling strategy, conducting the sampling or monitoring, and recommending the engineering controls. It included evaluating the existing programs, revising those programs as necessary and writing new required programs. A Hazard Communication Program, Emergency Response Plan and Hearing Conservation Program were developed and an outline for the training that would need to be performed.

**Arbill Sales and Service.** Conducted monthly training of the sales force on a variety of OSHA issues. This was used in their marketing of safety products. I also conducted a seminar on Permit-Required Confined Space Standard.

**Exide Corporation (11 facilities).** Conducted an Occupational Exposure Assessments, which included conducting a baseline of health and safety hazards, developing the sampling strategy, conducting the sampling or monitoring, and recommending the engineering controls. It also included evaluating the existing programs and revising those programs and developing new programs. A Hazard Communication and Hearing Conservation Program were developed and an outline for the training that would need to be performed. In addition, a compliance plan for lead was developed and an abatement schedule for the implementation of engineering controls. In one of the facilities quarterly sampling is conducted. Mr. Cassady is the corporate liaison for all activities between the Company and OSHA. In addition, he is the Corporate Consultant for OSHA matters.

**Frazier-Simplex Engineering.** Mr. Cassady developed all the written programs for this firm. The firm was a general contractor for demolition work, which involved potential exposure to lead and arsenic as well as Lockout/Tagout and Confined Space Entry.

**Philip Morris.** Developed the protocol and conducted special studies for Indoor Air Quality. The project involved ventilation and measuring Environmental Tobacco Smoke markers, combustion products and comfort parameters. CSHS presented the study at the OSHA Hearing for developing a standard for IAQ.

**Johnson & Johnson Medical.** Developed the protocol and conducted special study for ethylene oxide in surgical suites. The project involved ventilation evaluation and measuring ethylene oxide off gassing and the decay rate. CSHS conducted this study for toxic tort litigation.

**Courtaulds Fibers.** Reviewed the company's program and worked with the company in developing a sampling strategy to determine possible exposures to hydrogen sulfide and proposed engineering controls. In addition, met with OSHA at the closing and informal conferences. Mr. Cassady is also considered the Company consultant for OSHA matters.

**Lenzing Fibers.** Reviewed the company's program and worked with the company in developing a sampling strategy to determine possible exposures to methyl morpholine and nitrosamines and proposed engineering controls. Mr. Cassady is also considered the Company consultant for OSHA matters.

**Playtex Corporation.** Corporate Industrial Hygienist and Safety person. Developed all SOPs based on OSHA required programs, conduct training and do industrial hygiene surveys. I also do all OSHA related activities.

**David Michael.** A flavor company, reviewed the company's program and worked with the company in developing a sampling strategy to determine possible exposures to hydrogen sulfide and proposed engineering controls. In addition, met with OSHA at the closing and informal conferences. Mr. Cassady is also considered the Company consultant for OSHA matters.

**LeHigh Portland Cement.**
- Corporate MSHA Consultant for LeHigh Portland Cement Company (2 Plants)
- Developed a sampling protocol for one facility for ambient air measurements and developing the dust control measures for reducing employee exposure.
- Recommended sampling strategy for noise and dust. In addition recommended engineering controls to reduce exposures to the noise and dust.

**OSHA**
- A project for interpreting the 29 CFR 1910.120, Hazardous Waste and Emergency Response Standard.
- In addition, I had a project to train Department of Energy personnel on the use of the OSHA Computerized Information System and the CD-ROM. Developed the User Manual for the CD-ROM.
- Participated in the inspections conducted by the Agency to support a request by Congress to determine non compliance of the DOE National Laboratories. During those inspections I was responsible for the two program areas, safety and health.
- Was requested by OSHA to serve as an expert on two litigation cases involving health and safety issues

**A20**

**OSRAM Sylvania Company (5 Plants).** Corporate OSHA Consultant for two divisions. Reviewed machine guarding program at all facilities. Met on behalf of 3 facilities with OSHA. One facility I have been conducting all specialized sampling, reviewing programs and revising those programs and conducting monthly training of all of their supervisors. Also developed videotape for that facilities identifying the policies and procedures and the potential hazards throughout the plant. This tape is used for the training of their contractors.

**Support to Scientific Panels and Task Forces.** CSHS and network personnel are nationally and internationally known scientists with a great deal of practical and theoretical knowledge in many areas. Most, if not all, have served on technical panels or task forces. Since they are known and respected, they can and do contribute to the scientific community significantly. Recently Mr. Cassady was ask to peer review a study which was going to be performed by NIOSH. This involved monitoring and evaluation of engineering controls in the secondary lead smelting industry.

**Hazardous Waste Site Activities.** CSHS staff has developed training programs, conducted audits, written and reviewed site safety plans, and developed the necessary health programs.

They have received training to allow them entry into a site wearing all levels of protection including level A, SCBA and impervious suit.

The following are additional activities related to hazardous waste:

- Directed OSHA group that was responsible for the Agency
- Conducted compliance inspections
- Review site safety and health plans
- Standards interpretation
- Developed OSHA training program
- Technical support to OSHA compliance officers
- Attended EPA Incident Response Course
- Coordinated activities with EPA
- Taught the HWS course at OSHA Training Institute
- Oversight of EM programs
  - Interpretation under contract with OSHA, of 29 CFR 1910.120
  - Review of Hanford Tank Farms Safety and Health Plan
  - Conducted training
  - Developed training curriculum
  - Developed Occupational Exposure Assessment program for Hanford
  - Senior contract industrial hygienist for Hanford Tank Farm programs

## Training Experience

- Calibration Methods
- Sampling Methods
- Hazard Communication
- Process Training- lead, copper, foundries, and chemical
- Engineering controls
- Inspection Planning
- OCIS training to DOE personnel
- Hazardous waste training
- Bloodborne pathogens
- Training for any part of the lead standard
- OSHA updates

**Channel Incorporated.** Reviewed the company's program and worked with the company in developing a sampling strategy to determine possible exposures and proposed engineering controls. In addition, met with NIOSH during a health hazard evaluation of the facility at the closing and informal conferences. Mr. Cassady is also considered the Company consultant for industrial hygiene and safety.

**Development of Field/Facility Inspection Manuals/Risk Assessment and Management.** Developed a written occupational exposure assessment program (Risk Assessment) for SmithKline Beecham Pharmaceuticals and the Department of Energy. CSHS has conducted several occupational exposure assessments.

**Miscellaneous.**
- Clinical faculty for University of Utah
- Adjunct Professor University of Massachusetts (Lead Abatement Training)

## International Travel

- China- safety and health audit
- Indonesia- safety and health audit
- Philippines- safety and health audit
- Mexico- training
- England- training and to develop occupational exposure assessment procedure

**A22**

## PREVIOUS EXPERIENCE

### NIOSH

Mr. Cassady was responsible for 30 projects during the two years he was with NIOSH. He was a Unit Leader with the Industry-Wide studies Branch. The mission of the Branch was to study the health effects from exposures to a variety of chemical exposures. All team activities involved an industrial hygienist, epidemiologist and physician. I was also the one of three team leaders on the largest Health Hazard Evaluation ever conducted. This involved evaluating exposures to cadmium, arsenic, lead, antimony and many other air contaminants; cross-sectional medical study; and an epidemiological study. He was the team leader for the industrial hygiene portion of the study and in charge of coordinating the biological sampling module, He had to develop the protocol and oversee the sample collection.

### OSHA

Most of all my activities as a member and Director of OSHA's Health Response Team (Emergency Response Team- Health) involved working with OSHA Compliance Officers and, on occasions, occupational physicians. There were several major inspections were he was either team leader or a team member while with OSHA. He was one of the team leaders involved in the inspections for methyl isocyanine that were conducted after the Bhopal catastrophe; team member for the research on exposure to ethylene dibromide in the fumigation of citrus fruit for the med. fruit fly; and a major lead inspection.

As an OSHA employee, he performed an audit as a team member for VPP inspection. OSHA's VPP requires that program audits be performed to determine compliance with standards before a VPP can be awarded. CSHS has the capabilities of assembling a team consisting of physicians, nurses, economist, computer personnel, safety engineers and industrial hygienist to do a thorough audit including the written report.

Mr. Cassady developed several training programs while with the federal government. These include developing the course content for hazardous waste site training, smelter training, electronics' industry, technical equipment, and training for Senior Agency officials. They have also conducted training for the private sector.

Served as Acting Area Director, Acting Deputy Regional Administrator and when the Regional Administrator was on active duty with the Merchant Maries, served as Acting Regional Adminitrator

**A23**

# Attachment C
# Publications

## Publications

**Resistant Cell Hemoglobin**. Journal of the New Mexico Section of Medical Technologists. 1968.

**Acoustical Materials As They Pertain to Absorption and Insulation of Airborne Sound**. University of Cincinnati thesis. 1969.

**Calibration and Evaluation of the Andersen Stack Sampler**. Technical Report. Andersen Company. 1970.

**Evaluation of Methods Used for Converting Octave Band Analyses to Equivalent A-Weighting Levels**. American Industrial Hygiene Association Journal. October 1972.

**Health Monitoring Techniques in the Metal Mining Industry**. National Safety Congress, Transactions - Mining, National Safety Council. 1971.

**Status of Kennecott Copper Corporations Particulate and Suspended Sulfate Program**. American Institute of Chemical Engineers. 1974.

**State of the Art:  Historical Perspective of Smelting**. American Journal of Industrial Medicine. 1980.

**Cooperative Assessment Program Manual for the Battery Manufacturing Industry**. Occupational Safety and Health Administration. 1986.

**Cooperative Assessment Program Manual for the Secondary Lead Smelting Industry**. Occupational Safety and Health Administration. 1984.

**Indoor Air Quality**. Government Institutes. 1993.

**Elements of an Industrial Hygiene Program - Recognizing Hazards**. Government Institutes. 1993.

**e-Tool.  Engineering Controls in the Secondary Lead Smelting Industry**. OSHA-2000

**e-Tool.  Engineering Controls in the Battery Manufacturing Industry Industry**. OSHA-2000

**Chapter in ILO Encyclopedia Metals Reclamation**. ILO, 1990s

# Attachment D
# Training Past 5 years

As you probably know, in order to maintain my certification as an industrial hygienist I must attend seminars and other training. This involves seminars and courses that are approved by ABIH. The following are training courses that I have attended in the last 5 years:

- Annual American Industrial Hygiene Conference
- Region III VPPPA annual conference
- National VPPPA annual conference
- Flavor and Extract Manufacturers Association annual conference
- EPA Region III Emergency Preparedness and Prevention annual conference
- AIHA Distance Learning Course-Noise Exposure Assessment
- AIHA Distance Learning Course- Applied Ergonomics
- AIHA Distance Learning Course-Construction Safety for His
- AIHA Distance Learning Course-Respirator Program Management
- AIHA Distance Learning Course-OSHA Compliance
- AIHA Local Section annual IH conference
- Hearing Protection and Conservation-8 hour short course
- Electrical Safe Work Practice and Compliance with NFPA 70E Training
- OSHA 500 course

C



**Bay**health
*Medical Center*

Occupational Health-Dover
Division of HealthWorks
Walk-In Medical Care-Dover
1275 S. State Street
Dover, DE 19901
(302) 678-1303

Occupational Health-Milford
Division of HealthWorks
Walk-In Medical Care-Milford
301 Jefferson Ave.
Milford, DE 19963
(302) 430-5705

Occupational Health-Middletown
Division of HealthWorks
Walk-In Medical Care-Middletown
209 East Main Street
Middletown, DE 19709
(302) 449-0500

Walk-In Medical Care – MMC
1121 Forrest Ave.
Dover, DE 19901
(302) 346-0100

From: Aaron Green M.D., MPH
To: Christopher Byrd
Date: 10/30/06
Subject: Lorna Claycomb

Mr. Bollinger

I had the opportunity to review the respiratory dust reports conducted on April 4, 2003 and October 23, 2006 at the Playtex – Dover site. The samples were obtained from the Webbing and Infant Feeding and Soothing departments. Melvin E. Cassady, CIH reported in each test that the measured exposure respirable dust value is significantly less than the OSHA 8 hour TWA: 5mg/m3. It is my clinical opinion that Ms. Claycomb could have been permitted to work in the area in which the samples were obtained without anticipated respiratory compromise. Indeed, because of a low level of respiratory dust and my general knowledge of Playtex's facility, no respiratory compromise would be expected anywhere. The clinical opinion rendered in this case is based on a clinical understanding of respirable dust, documentation and rendered within a reasonable degree of medical certainty. This evaluation has been conducted with the assumption that the information obtained and documentation provided is true and correct.

Respectfully,

Aaron Green, M.D. Medical Director
Walk-in Medical Care

A28

# AARON GREEN, M.D., M.P.H.

## SUMMARY OF EXPERIENCE

Community and Corporate Health Care Professional experienced in management and clinical health care with responsibility for providing medical care to over 200 companies in the Kent and Sussex Counties of Delaware. Expertise in work related musculoskeletal disorder management, and occupational health disability case management. Talent for analyzing complex problems and finding creative measures of working in an environment with limited resources. Compassionate and personable with proven ability to work effectively with a variety of cultures, and personalities. Maintain an outstanding professional reputation and have exceptional interpersonal skills.

## PROFESSIONAL EXPIRENCE

**May 1997- Present** *Bayhealth Medical Center, Dover, DE*

Medical Director Occupational Health Departments and Ambulatory Care Center - Provide leadership to medical staff at two medical facilities for over 30,000 annual patient visits. Facilitate the merger of two occupational health programs. Interface with senior management, human resources and council to facilitate disability management. Medical Review officee for corporate and hospital facilities. Conduct lectures for corporate clients and medical staff in topics related to occupational health.

**January 1999 – Present** *E.I. duPont de Nemours & Company, Integrated Health Services, Seaford, DE*

Contracted Corporate Occupational Health Physician - Provide clinical care and consultation to management on causality of work-related injuries and illness. Interface with legal counsel, local physicians and hospitals to facilitate case management and corporate compliance. Provide medical care for 1200 employees and interact with insurance nurse case managers to facilitate disability management

**May 1997 – Present** *Bayhealth Medical Center, Kent General Hospital, Dover, DE*

Medical Director – Provide clinical care for 1200 employees. Medical review officer and oversees disability case management. Interface with internal and

external council, management and line supervision. Develop and review policy and procedures for Bayhealth Medical Center.

Social Security disability determination service evaluator for the State of Delaware May 2000-present

September 1994 – May 1997  *Milford Memorial Hospital, Milford, DE*

ER Physician Department of Emergency & Occupational Medicine. Provided clinical medical service at a level 3 trauma center

September 1994 – September 1997 *Atlantic General Hospital, Berlin, MD*

ER Physician, Department of Emergency Medicine

July 1992 – September 1994 *Franklin Square Hospital*

ER Physician Department of Emergency Medicine. Provided clinical medical services at a level 3 trauma center.

## CERTIFICATION

Diplomat, American Board of Internal Medicine, 1994 Certified Medical Review Officer

## LICENSE

National Board Examinations 1990, Currently licensed in Delaware & Maryland

## INTERNSHIP

July 1990 – June 1992 Internal Medicine, Franklin Square Hospital, Baltimore, MD

## RESIDENCY

July 1999 – June 2000 Occupational Medicine, University of Pennsylvania Medical Center, Philadelphia, PA

July 1990 – June 1992 Internal Medicine, Franklin Square Hospital,

A30

Baltimore, MD

## EDUCATION

Masters of Public Health in Occupational Medicine, Medical College of Wisconsin, Milwaukee, WI 53226

Completed: May 2001

Four Week Training Course in Occupational Medicine, University of Cincinnati, Cincinnati, OH 45267-0056

Completed: June 1998

Doctor of Medicine, Howard University College of Medicine, Washington, D.C. 20059

June 1985 – May 1989

Bachelor of Science, Mechanical Engineering, Tuskegee University, Tuskegee, AL 36088

September 1981 – May 1985

## AFFILIATIONS

May 1997 – Present: American College of Occupational & Environmental Medicine

May 2000 – Present: Association of Occupational & Environmental Clinics

1997 – 2000: President, National Medical Association, Delaware Chapter

American College of Physicians, member since 1992

American Medical Association, member since 1992

Christian Medical & Dental Society, member since 1992

## COMMUNITY SERVICES

1992 Medical Mission in Narok, Kenya East Africa

1993 Shepherds Clinic, Baltimore, MD  Volunteer

A31

Public Service announcements on local radio stations

1995 Families in Crisis, Milford, DE

1998/1999 Delaware State Summer Youth Program, Dover, DE Volunteer

1998 Senior Olympics, Dover, DE, Volunteer

Secretary, Board of Directors, Medical Alternative Care, Inc.

Member, Infection Control Committee

## PROFESSIONAL INTEREST

Preventive Care and Environmental Medicine, Primary Care of underserved, Global Medical Missions

PO Box 233  *  Milford, DE 19963  *  (302)-424-5549

A32