IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LORNA CLAYCOMB, | |
| Ms. Claycomb, | |
| v. | C.A. No. 06-120 (JFF) |
| PLAYTEX PRODUCTS, INC., | |
| Defendant. | |

**AFFIDAVIT OF JAMES BOLLINGER**

I, James Bollinger, being duly sworn, do hereby depose and state as follows:

1. I am the Director of Human Resources of Playtex Products, Inc. ("Playtex"). I have been employed by Playtex for the past 25 years.

2. Playtex is one of our country's leading, diversified manufacturers of feminine care, sun and skin care, and infant care products. Playtex manufactures a variety of tampon products, including the Gentle Glide, Sport and Beyond product lines, breastfeeding systems, nurser systems, baby bottles, pacifiers, Banana Boat skin protection products, Wet Ones antibacterial wipes, and a variety of latex gloves.

3. Within the State of Delware, Playtex's state of incorporation, Playtex operates a manufacturing plant in Dover (the "Dover Plant"). At the Dover Plant, Playtex manufactures, packages and distributes Gentle Glide, Sport and Beyond tampons, Drop-ins bottle liners, and packages and distributes a variety of infant care products, including: bottles, cups, nipples and liners.

4. Playtex strives to have a flexible, well-trained workforce at the Dover Plant because its diverse operations there involve a wide variety of tasks. Examples of available

jobs include: machine operator, material handler, packager, line inspector and quality control inspector. Employees are assigned jobs through a "bidding" system. Available jobs are posted and employees "bid" for the jobs in which they are interested. Jobs are assigned based on seniority.

5. Occasionally, jobs are eliminated based on operational needs of the company. When an employee's assigned job is eliminated, she can bid on any available job, accept a temporary assignment (short-term versions of the various job assignments that occasionally become available based on Playtex's production needs), or accept a voluntary layoff.

6. Lorna Claycomb began working at the Dover Plant on October 20, 2000. During her time at the Dover Plant, Ms. Claycomb performed the following jobs and temporary assignments:

| Date | Job | Division |
|---|---|---|
| 10/20/00 – 2/19/01 | Machine Operator | Silk Glide |
| 2/20/01 – 3/11/01 | Machine Operator | Gentle Glide |
| 3/12/01 – 4/29/01 | Inspector/Packer (temp.) | Gentle Glide |
| 4/30/01 – 7/29/01 | Machine Operator (temp.) | Gentle Glide |
| 7/30/01 – 9/30/01 | Machine Operator | Silk Glide |
| 10/1/01 – 4/18/02 | Machine Operator | Silk Glide |
| 4/19/02 – 2/2/03 | Quality Control Inspector | Gentle Glide |
| 2/3/03 – 3/31/03 | Inspector/Packer | Gentle Glide |
| 4/1/03 – 5/8/03 | Inspector/Packer | Gentle Glide |
| 5/9/03 – 4/18/04 | Quality Control Inspector | Silk Glide |

| | | |
|---|---|---|
| 4/19/04 – 5/13/04 | Quality Control Inspector (temp.) | Gentle Glide |
| 5/14/04 – 8/30/04 | Quality Control Inspector (temp.) | Gentle Glide |
| 8/31/04 – 9/30/04 | Packager (temp.) | Drop-ins |
| 10/1/04 – 12/26/04 | Packager (temp.) | Drop-ins |
| 12/27/04 – 01/03/05 | Line Inspector (temp.) | Cherubs (pacifiers). |

7. On December 23, 2004, Playtex informed Ms. Claycomb that her temporary assignment as a Packager in Drop-ins ended and she would be transferred to a temporary assignment as a Line Inspector in the Cherubs division (which is the division that manufacturers baby pacifiers). In that position, Ms. Claycomb would inspect pacifiers on the assembly line and assemble pacifier boxes. Ms. Claycomb immediately expressed displeasure with the temporary assignment and demanded a Quality Control Inspector job. Ms. Claycomb did not claim that she was unable to perform the essential functions of the Line Inspector position. Rather, she merely stated that she preferred to work as a Quality Control Inspector. When Playtex informed Ms. Claycomb that she could not pick a job based on her personal preference, she begrudgingly agreed to try the new temporary assignment.

8. On December 27, 2004, Ms. Claycomb began her Line Inspector assignment in the Cherubs division. One week later, on January 3, 2005, Ms. Claycomb informed her supervisor that she believed she was physically unable to perform her assignment. Ms. Claycomb explained that when she performed the simple and non-strenuous task of pulling the nipple of a pacifier out from the base of the pacifier (one of the functions of her assignment), she could feel the muscles in her chest tighten. Ms. Claycomb claimed that she suffered from asthma (although she admitted that she had not been treated for the alleged condition since age seven) and that she believed she might suffer an asthma attack if she overexerted herself.

9. In response, Playtex immediately had Ms. Claycomb examined by Playtex's occupational health physician, Dr. Aaron Green. Dr. Green found that Ms. Claycomb had no physical or medical limitations that would preclude her from performing moderately strenuous duties, such as walking, lifting up to 50 pounds, or pushing or pulling objects. Also, Playtex reviewed results of air quality tests it had performed in the Cherubs work area (and other areas of the Dover Plant) and confirmed that the results showed no sign of any irritants that might affect someone with an asthmatic condition.

10. Notwithstanding Dr. Green's conclusion that Ms. Claycomb was physically capable of performing the essential functions of her assignment, Playtex engaged in an interactive process with Ms. Claycomb by asking her to identify her alleged limitations and by looking for alternative temporary assignments for her to perform. Playtex found and offered to Ms. Claycomb a different position – Quality Control Inspector in the Gentle Glide division (which manufactures Playtex's Gentle Glide tampon line). Despite having previously performed that exact position in that exact division without incident, Ms. Claycomb declined Playtex's offer and claimed that, due to cotton fibers that she suspected were present throughout most of the Dover Plant, her alleged asthmatic condition was such that the only job she was able to perform was Quality Control Inspector in the Drop-ins division.

*[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]*

11.   On January 5, 2005, Playtex informed Ms. Claycomb that she could either accept either of the two positions that it had offered to her (each of which she was found to be physically capable of performing) or elect a voluntarily layoff. She refused both assignments, claiming that they might cause her to suffer an asthma attack, and elected the layoff.

_____
James Bollinger

STATE OF DELAWARE   )
                    )   SS:
NEW CASTLE COUNTY~  )
Kent County

SWORN TO AND SUBSCRIBED before me this 11 day of January, 2007.

_____
Notary Public

550908v1

## CERTIFICATE OF SERVICE

I, Jason A. Cincilla, Esquire, hereby certify that copies of the foregoing **AFFIDAVIT OF JAMES BOLLINGER** were caused to be served this 12th day of January, 2007, upon plaintiff in the manner indicated:

### VIA FIRST-CLASS MAIL:

Lorna Claycomb
1061 S. Little Creek Road, Lot 15
Dover, Delaware 19901

Jason A. Cincilla (#4232)

525542