# MORRIS, NICHOLS, ARSHT & TUNNELL LLP

1201 NORTH MARKET STREET
P.O. Box 1347
WILMINGTON, DELAWARE 19899-1347

302 658 9200
302 658 3989 FAX

JASON A. CINCILLA
302 351 9494
302 498 6230 FAX
jcincilla@mnat.com

February 12, 2007

**BY ELECTRONIC FILING**

The Honorable Joseph J. Farnan, Jr.
United States District Court
844 King Street
Wilmington, DE 19801

Re:   Claycomb v. Playtex Products, Inc., C.A. No. 06-120 (JJF)

Dear Judge Farnan:

The Court's Rule 16 Scheduling Order (D.I. 10) in this civil action established January 16, 2007 as the deadline for case dispositive motions and provided that briefing on any such motions would be pursuant to D. Del. Local Rule 7.1.2. As the Court is well aware, Local Rule 7.1.2 requires that a non-movant's answering brief is due no later than 10 days after the service and filing of the opening brief.

On January 12, 2007, defendant Playtex Products, Inc. ("Playtex") filed its motion for summary judgment (D.I. 26) (the "Motion"), opening brief in support of the Motion (D.I. 27) (the "Opening Brief"), appendix to the Opening Brief (D.I. 28) (the "Appendix"), and a supporting affidavit from Playtex's Director of Human Resources, James Bollinger (D.I. 29) (the "Bollinger Affidavit"). A full month has passed and plaintiff Lorna Claycomb has neither filed an opposition to the Motion, in any form, nor requested oral argument on the Motion. Accordingly, Playtex respectfully requests that the Court grant the unopposed Motion for the reasons set forth in the Opening Brief.

Respectfully,

Jason A. Cincilla (#4232)

Enclosure

cc:   Clerk of the Court (via e-filing)
      Lorna Claycomb (via first-class mail)

736327v1