## MORRIS, NICHOLS, ARSHT & TUNNELL LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Jason A. Cincilla
302 351 9494
302 498 6230 Fax
jcincillia@mnat.com

February 13, 2007

**BY ELECTRONIC FILING**

The Honorable Joseph J. Farnan, Jr.
United States District Court
844 King Street
Wilmington, DE 19801

      Re:    <u>Claycomb v. Playtex Products, Inc., C.A. No. 06-120 (JJF)</u>

Dear Judge Farnan:

      Yesterday I wrote to the Court and requested that Your Honor grant Playtex Products, Inc.'s ("Playtex") unopposed motion for summary judgment (D.I. 26) (the "Motion"). After e-filing my letter, I received electronic notice of a February 7, 2007 letter[1] (D.I. 31) from Plaintiff to the Court, in which Plaintiff again requested that the Court grant her a "settlement" in this civil action. In her letter, Plaintiff describes alleged incidents that she claims took place at Playtex in 2003. She also describes medical treatment by a family doctor and pulmonologist that allegedly took place in 2003, and her present alleged suffering from asthma and related financial strife. Of course, events of 2003 are outside the scope of this lawsuit (and barred by the applicable statute of limitations) and Plaintiff's current health and financial conditions have no relevance to the legal issues raised in Playtex's Motion – namely that Plaintiff has failed to demonstrate that she is disabled for the purposes of the Americans With Disabilities Act and has failed to demonstrate that Playtex engaged in intentional discrimination. Accordingly, Playtex respectfully submits that Plaintiff's letter should not be considered a substantive response to the Motion, and respectfully requests that the Court grant the Motion for the reasons set forth in its opening brief (D.I. 28).

      Respectfully,

      Jason A. Cincilla (#4232)

cc:    Clerk of the Court (via e-filing)
        Lorna Claycomb (via first-class mail)
739217v1

---

[1] Plaintiff's February 7 letter was received by the Court on Friday, February 9 and added to the docket on Monday, February 12. Thus, notice of the letter was not sent until February 12, 2007.