In The United States Distric Court
For The Distric Of Delaware

Office of the Clerk
United States Distric Court
844 N. King Street, Lockbox 18
Wilmington, DE 19801

March 22, 2007

C. No. 106-120 JJF      Lorna Claycomb
                        V. Playtex Product Inc.

Motion to Seal:
 I Lorna Claycomb, Please Motion to Seal the document Contains personal information. C. No. 106-120 JJF.

Respectfuly Yours,
Lorna Claycomb
Lorna Claycomb



FILED
MAR 26 2007

Lorna Claycomb
2061 S. Little Creek Rd.
Lot 15 Dover East, Dover DE
19901

U.S.M.S.
X-RAY

WILMINGTON DE 197
23 MAR 2007 PM 2 T

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, DE 19801