IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LORNA CLAYCOMB, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 06-120-JJF |
| PLAYTEX PRODUCTS, INC., | : |
| Defendant. | : |

### ORDER

WHEREAS, Plaintiff's Motion To Seal(D.I. 34) is pending before the Court;

WHEREAS, pursuant to the United States District Court for the District of Delaware's Administrative Procedures Governing Filing and Service By Electronic Means, personal information should not be included in public records and should be sealed;

NOW THEREFORE IT IS HEREBY ORDERED that Plaintiff's Motion To Seal (D.I. 34) is **GRANTED**;

IT IS FURTHER ORDERED that the Clerk of the Court for the District of Delaware be and he is hereby directed to seal Plaintiff's Letter Regarding Request For Settlement (D.I. 31).

March 28, 2007
DATE

UNITED STATES DISTRICT JUDGE