The District Court of the State of Delaware
The District Court
Clerk's Office
844 N. King St.                    May 17, 2007
Wilmington, DE 19801

                                  Lorna Claycomb
C.A. No. 06-120 (JJF)    V. Playtex Products Inc

FILED MAY 21 2007 U.S. DISTRICT COURT DISTRICT OF DELAWARE

BD Scanned

    I Lorna Claycomb, I can't be able go to the Court at the District Court of State of Delaware. I will now need a wheelchair. The condition with my body have change after June 8, 2006, after the asthma attack at the hospital. On Feb. 16, 2007 I was banned with my own address. On the same day I was at the hospital with the same problem asthma - having a pain in my right chest and through the back (of my chest). On March 12, 2007 I was also at the hospital with asthma + pain on my right chest. I am now worse having a difficulties of walking. My hands, legs, my head shake when I'm tired, and the weakness with my legs, I limp I can't walk for long time, and I start having a hard breathing. I need a relieve, my home and my address, a claim, I am staying with my son for a shelter. I can't change my address - is remain the same.

                                         Respectfully Yours,
                                         Lorna Claycomb
                                       Lorna Claycomb    LC May 18, 2007

Lorna C. Claycomb
1061 S. Little Creek Rd.
Lot 15, Dover East Dover DE
19901

Office Of The Clerk
United States District Court
844 N. King St. Lockbox 18
Wilmington, Delaware 19801

WILMINGTON DE 197
18 MAY 2007 PM 3