The District Court Of The State Of Delaware

The District Court

Clerk's Office

844 N. King St.

Wilmington, DE 19801

May 29, 2007

C.A. No. 06-120 (JJF)   Lorna Claycomb
V. Playtex Product Inc.

I Lorna Claycomb, my mobile home was Been pulled out at my address Lot 15 Dover East, at 1061 S. Little Creek Rd Dover, DE 19901. I have lost my home at my address, and all my things were in that house. I want to claim everything that I've lost, things and my home. It is important that I have to keep my address, I need that house back and all my things in there.

Respectfully Yours,

Lorna Claycomb

Lorna Claycomb

FILED
MAY 30 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

SD scanned

Donna Claytonb
2061 S. Little Creek Rd.
ctis Dour East
Dour, DE 19901

Office Of The Clerk
United States District Court
844 N. King St Lockbox 18
Wilmington, DE 19801

WILMINGTON DE 197
29 MAY 2007 PM 1 T

19801+35213