The District Court Of The State Of Delaware
Office of the Clerk's
United States District Court
844 N. King St. Lockbox 18    June 13, 2007
Wilmington, DE 19801

Lorna Claycomb

C.A. No. 06-120(JJF)    V. Playtex Product Inc.

*FILED JUN 15 2007 US DISTRICT COURT DISTRICT OF DELAWARE*

I Lorna Claycomb, I haven't recieve mails from May 22, 2007 to June 8, 2007, June 11/07 I recieve mails forward to my son address. Some of my mails did not recieve. I called the Dover Post Office and talked to a supervisor, and treated me with a returne address to senders. I have to sign a paper for a general mails for 30 days. I really don't know where to put my mailing address. At the Post Office I have to pay every months. I have no salary or claim. My son is recovering for me for my insurance. I never have to suffer too much like this - no home, no salary I can't walk for a job. I have to have a wheel chair to get out, to go for the Post office, and I don't have a wheel chair. I need a settlement from Playtex for my asthma and pain that it causing my asthma to get really bad, and now I am totally need a support for my need and my Disability.

Respectfully Your,
Lorna Claycomb
Lorna Claycomb   LC June 14, 2007

Lorna Claybomb
1061 S. Little Creek Rd.
Lotis Dover East
Dover, DE 19901

WILMINGTON DE 197
14 JUN 2007 PM 3 T

Office of the Clerks
United States District Court
844 N. King St, Lock box 18
Wilmington, DE 19801-3570