IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LORNA CLAYCOMB, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 06-120-JJF |
| PLAYTEX PRODUCTS, INC., | : |
| Defendant. | : |

### ORDER

At Wilmington, the \_\_19\_\_ day of June 2007, for the reasons set forth in the Memorandum Opinion issued this date;

IT IS HEREBY ORDERED that Defendant's Motion For Summary Judgment (D.I. 26) is **GRANTED**.

_____
UNITED STATES DISTRICT JUDGE