IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

LORNA CLAYCOMB, :
:
    Plaintiff, :
:
v. : Civil Action No. 06-120-JJF
:
PLAYTEX PRODUCTS, INC., :
:
    Defendant. :

## FINAL JUDGMENT ORDER

IT IS ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of Defendant and against Plaintiff on all of Plaintiff's claims.

                                                  _____
                                                UNITED STATES DISTRICT JUDGE

Dated: June 19, 2007

                                                _____
                                                (By) Deputy Clerk