IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LORNA CLAYCOMB, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 06-120-JJF |
| PLAYTEX PRODUCTS, INC., | : |
| Defendant. | : |

**ORDER**

WHEREAS, Plaintiff Lorna Claycomb filed a Motion To Reopen The Case (D.I. 44) which the Court construes as a motion for reconsideration of the Court's June 19, 2007 Order granting judgment in favor of Defendant Playtex Products, Inc. (D.I. 42);

WHEREAS, the purpose of granting a motion for reconsideration is to correct manifest errors of law or fact, present newly discovered evidence, or to prevent manifest injustice. Max's Seafood Café by Lou-Ann, Inc. v. Quinteros, 176 F.3d 669, 677 (3d Cir. 1999); North River Ins. Co. v. CIGNA Reins., 52 F.3d 1194, 1218 (3d Cir. 1995);

WHEREAS, Ms. Claycomb has not identified an error of law or fact, newly discovered evidence, or manifest injustice sufficient to allow the Court to grant the motion for reconsideration;

NOW THEREFORE, IT IS HEREBY ORDERED that Plaintiff's Motion To Reopen The Case (D.I. 44) is **DENIED**.

July 31, 2007
DATE

_____
UNITED STATES DISTRICT JUDGE