The District Court Of The States Of Delaware

Clerk Office
United States District Court
844 N. King St. Lockbox 18          Sept. 10, 2007
Wilmington, DE 19801

                                  Lorna Claycomb
C.A. No. 06-120 (JJF)      V. Playtex Product Inc.

    I Lorna Claycomb, on July 31, 2007, Honorable Judge Farnan Denied the motion to reopen my case, C.A. No. 06-120 (JJF). That I have not identified an error of Law or fact, newly discovered evidence.
    On July 13, 2007, I have inclosed a Docket Book that its from my case at the Supreme Court of the States of Delaware. That its for the Job Discrimination, and the Harassment at Playtex Product Inc. Please Honorable Judge Farnan, read on the Docket Book, the stories are the same with my case C.A. No. 06-120 (JJF) at the District Court of the States of Delaware. Except for the Job Discrimination and Harassment. I have retained an attorney, and paid of $3,500.00, and withdraw on my case. I am not an attorney. I only write a

"at the next page Please!"
LC Sept. 10, 2007

letter to the District Court of the State of Delaware to be able to continue my case to claim.

I am to appeal the motion to re-open my case C.A. No. 06-120 (JJF). The law or fact, newly discovered evidence you find in the Docket Book that it's from my case at the Supreme Court of the States of Delaware. Done by attorney: Benjamin Schwartz, at 1140 S. State St, Dover, DE 19901.

Respectfully Yours,
Lorna Claycomb
Lorna Claycomb  ~ Sept. 10, 2007

NOTICE OF APPEAL
TO
U.S. COURT OF APPEALS, THIRD CIRCUIT

**U.S. District Court for the District of Delaware**

CIRCUIT COURT
DOCKET NUMBER: _____
(leave blank)

FULL CAPTION IN DISTRICT COURT AS FOLLOWS:

DISTRICT COURT
DOCKET NUMBER: _____

_____

v.

DISTRICT COURT
JUDGE: _____

_____

Notice is hereby given that _____
(Named Party)
appeals to the United States Court of Appeals for the Third Circuit from [ ] Judgment, [ ] Order,

[ ] Other (specify) _____

_____

entered in this action on _____.
(date)

DATED: _____

_____
(Counsel for Appellant-Signature)

_____                        _____
(Name of Counsel - Typed)                                     (Counsel for Appellee)

_____                        _____
(Address)                                                              (Address)

_____                        _____
(Telephone Number)                                               (Telephone Number)

NOTE: USE ADDITIONAL SHEETS if all appellants and/or all counsel for appellees cannot be listed on the Notice of Appeal sheet.

Lorna Claycomb
1061 S. Little Creek Rd.
Lot 15 Delair East
Dover, DE 19901

The District Court Of The State Of Delaware
Clerk Office
United States District Court
844 N. King St. Lock Box 18
Wilmington, DE 19801

WILMINGTON DE 197
PM