NOTICE OF APPEAL
TO
U.S. COURT OF APPEALS, THIRD CIRCUIT

U.S. District Court for the District of Delaware

CIRCUIT COURT
DOCKET NUMBER: _____
(leave blank)

FULL CAPTION IN DISTRICT COURT AS FOLLOWS:

DISTRICT COURT
DOCKET NUMBER: C.A. No. 06-120

Lorna Claycomb

v.

Playtex Product Inc.

DISTRICT COURT
JUDGE: J.J. Farnan

Notice is hereby given that ___Lorna Claycomb___
(Named Party)
appeals to the United States Court of Appeals for the Third Circuit from [✓] Judgment, [ ] Order,
[ ] Other (specify) ___motion to reopen the case___
C.A. No. 06-120 (JJF)

entered in this action on ___Oct. 22, 2007___.
(date)

DATED: ___Oct. 22, 2007___

___Lorna Claycomb___
(Counsel for Appellant-Signature)

___Lorna Claycomb___
(Name of Counsel - Typed)

1061 S. Little Creek Rd.
(Address)
Lot 15 Dover East Dover, DE 19901

302-730-3898
(Telephone Number)

FILED
OCT 24 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
scanned

Donald E. Reid
Jason A. Cincilla
(Counsel for Appellee)

MNA+T 1201 N. Market St.
(Address)
P.O. Box 1347 Wilmington, DE 19899
302-575-7414
302-575-7219
(Telephone Number)

NOTE: USE ADDITIONAL SHEETS if all appellants and/or all counsel for appellees cannot be listed on the Notice of Appeal sheet.

