The District Court Of The States Of Delaware
Clerk office
United States District Court
844 N. King St. Lock box 18      Oct. 22, 2007
Wilmington, DE 19801

C.A. No. 06-120 JJF    Lorna Claycomb
                       V. Playtex Product Inc.

I Lorna Claycomb, Please Motion to seal the document contains personal information. C.A. No. 06-120 (JJF)

Respectfully Yours,
Lorna Claycomb   LC  Oct. 22, 2007
Lorna Claycomb

FILED
OCT 24 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

RO scanned