IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LORNA C. CLAYCOMB, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 06-120 JJF |
| | ) |
| PLAYTEX, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

At Wilmington this 29 day of October, 2007, the Court having considered the application to proceed without prepayment of fees on appeal under 28 U.S.C. § 1915, D.I. #50, filed on 10/24/07;

IT IS ORDERED that the application is GRANTED.

United States District Judge