HLD-44 (December 2007) December 21, 2007

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT
C.A. No. 07-3936

LORNA C. CLAYCOMB

vs.

PLAYTEX
(D. DEL. CIV. NO. 06-CV-00120)

Present:   SCIRICA, Chief Judge, WEIS and GARTH, Circuit Judges

Submitted are:

(1)   By the Clerk for possible dismissal because the notice of appeal was not timely filed; and

(2)   Appellant's response;

in the above-captioned case.

Respectfully,

Clerk

_____ORDER_____

The above case is remanded to the District Court for consideration of an extension of time pursuant to Fed. R. App. P. 4(a)(6). The Clerk is directed to forward Appellant's jurisdictional response to the District Court.

By the Court,

s/WEIS
United States Circuit Judge

Dated: February 15, 2008
par/cc: L.C.C.
       J.A.C., Esq.

Certified as a true copy and issued in lieu of a formal mandate on ___3/12/08___

Teste: *Marcia M. Waldron*
**Clerk, U.S. Court of Appeals for the Third Circuit**