Case 1:06-cv-00120-JJF   Document 55   Filed 03/12/2008   Page 1 of 2

OFFICE OF THE CLERK

**MARCIA M. WALDRON**

**CLERK**



UNITED STATES COURT OF APPEALS

FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA 19106-1790

Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995

March 12, 2008

Mr. Peter T Dalleo
United States District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 North King Street
Lockbox 18
Wilmington, DE 19801-3519

RE: Claycomb v. Playtex
Case Number: 07-3936
District Case Number: 06-cv-00120

Dear District Court Clerk:

Enclosed herewith is the certified judgment together with copy of the opinion or certified copy of the order in the above-captioned case(s). The certified judgment or order is issued in lieu of a formal mandate and is to be treated in all respects as a mandate.

Kindly acknowledge receipt for same on the enclosed copy of this letter.
Counsel are advised of the issuance of the mandate by copy of this letter. The certified judgment or order is also enclosed showing costs taxed, if any.

Very truly yours,

*Marcia M. Waldron*
Marcia M. Waldron, Clerk

By: *Phyllis A. Ruffin*
Phyllis A. Ruffin, Case Manager
267-299-4918

Jason A. Cincilla
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-0000

Lorna C. Claycomb
Lot 15
1061 South Little Creek Road
Dove, DE 19901

RECEIVED NOV 23 2007 U.S.C.A. 3rd

United States Court Of Appeals
For The Third Circuit

Office Of the Clerk                    Nov. 21, 2007
U.S. Court Of Appeals For The Third Circuit
21400 United States Courthouse
601 Market St,
Philadelphia, PA 19106-1790

Docket No. 07-3936
Lorna Claycomb V. Playtex Product Inc.
(D.C. No. 06-CV-00120)

Received and Filed
[signature]
CLERK

    I Lorna Claycomb, On Oct. 26, 2007 I have recieve a letter from United States Court of Appeals For The Third Circuit dated on Oct. 12, 2007, regarding for the Federal Rules of Appellate Procedure, Rule mark: 4(a)(1)(A), due of a jurisdictional defect. The Notice of Appeal to U.S. Court Of Appeals For The Third Circuit Form was been mailed to me from The District Court of the States of Delaware. After recieving the Docket No. 07-3936, the Transcript Purchase Order dated on Oct. 5, 2007. I have contact the District Court of the States of Delaware Clerk office, for the Transcript Purchase Order that I must Complete; I have been told that I don't need it, to complete T.P.O., I have filed the Notice of Appeal to U.S. Court Of Appeals For The Third Circuit Form with an

"at the back page Please"
LC Nov. 21, 2007

Application to proceed without prepayment of Fees and Affidavit. Both Notice of Appeal and Application and Affidavit have 2 original Form, and have been mailed on Oct. 22, 2007, and also dated on Oct. 22, 2007 with 4 original in all togethers, and with 3 copies on each original Form, to the District Court of the States of Delaware. On Nov. 7, 2007 I have recieve the Order from the District Court of the States of Delaware the application to proceed without pre payment of fees on Appeal are now Granted on Oct. 29, 2007.

Respectfully Yours,
Lorna Claycomb    LC Nov. 21, 2007
Lorna Claycomb