In The United States District Court
For The District Of Delaware

C/O: Office Of the Clerk
The Honorable Joseph J. Farnan Jr.
United States District Court
844 N King Street
Wilmington, DE 19801

May 22, 2008

FILED
MAY 28 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

Lorna Claycomb

C.A. No 06-120 (JJF)    V. Playtex Products Inc.

Dear Sir: Judge Farnan,

I Lorna Claycomb, I understand that my case C.A. No. 06-120 is now pending. Honorable Judge Farnan it is important that my residence address is not going to change. My residence telephone number is also important, to keep as a residence home phone number, it is now cut-off. My mails are at General Delivery at the Post Office of Dover, Delaware, and it takes a week or 3 weeks before receiving my mails, and some are lost. My identification ID is also important. I am in shelter, and disabled on a wheelchair. My son who was lending me with bills is also unemployed. He got discriminated from a job, after changing manager & Human resource at Dover Down Dover, Delaware. He was in rehabilitation program, after graduating high school. My mother is now lending us with everything. We are eating her food. Honorable Judge Farnan please a set the ment with my case is important, be consider.

Respectfully yours,
Lorna Claycomb

Lorna Claycomb
1061 S. Little Creek Rd.
Lot 15 Dover, DE 19901

WILMINGTON DE 197
23 MAY 2008 PM 1 T

U.S. X-RAY

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, DE 19801