

**Other Documents**
1:06-cv-00120-JJF Claycomb v. Playtex **CASE CLOSED on 06/19/2007**
CLOSED, PaperDocuments

**U.S. District Court**

**District of Delaware**

**Notice of Electronic Filing**

The following transaction was entered on 5/28/2008 at 3:22 PM EDT and filed on 5/28/2008
**Case Name:**       Claycomb v. Playtex
**Case Number:**     1:06-cv-120
**Filer:**
**WARNING: CASE CLOSED on 06/19/2007**
**Document Number:**   56

**Docket Text:**
**Letter to the Court from Lorna Claycomb, dated 5/22/2008, regarding a requesting for personal information remain the same. (nms)**


**1:06-cv-120 Notice has been electronically mailed to:**

Donald E. Reid  dreid@mnat.com, aropp@mnat.com

Jason A. Cincilla  jcincilla@mnat.com, gconnell@mnat.com

**1:06-cv-120 Notice has been delivered by other means to:**

Lorna C. Claycomb
Lorna C. Claycomb, Pro se
1061 S. Little Creek Rd. Lot 15
Dover, DE 19901

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=5/28/2008] [FileNumber=573781-0]
[b68dfa75202e01625b0ccbd2bd6a7f87ad611e4397b7cfab6844677d72a7914240f9
400d6cb2ada639c93fcb1489a0551c0816c2a1021b62590ce76ebc1a1667]]

06cv120 JJF

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

OFFICIAL BUSINESS

Lorna C. Claycomb

NIXIE  197  DE 1  00  05/31/08
RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD
BC: 19899001818  *1827-18076-29-39

19899@0018