FILED
JUL 10 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

In The United States District Court
For The District Of Delaware

Office Of the Clerk
United States District Court         July 8, 2008
844 N. King Street, Lockbox 18
Wilmington, DE 19801

                                     Lorna Claycomb
C.A. No 06-120 (JJF)                 V. Playtex Product Inc.

    I Lorna Claycomb, The Memorandum Opinion and Order was recieved dated June 27, 2008. The Notice of Appeal to US Court of Appeals For The Third Circuit was filed, judgment & Motion to reopen the case C.A. No 06-120 (JJF) dated Oct. 22, 2007. The US District Court Of the States of Delaware Application to Proceed without Prepayment of Fees and Affidavit was filed dated Oct. 22, 2007, and was Granted on Oct. 29, 2007. A Motion to seal the document Contains personal information C.A. No 06-120, letter dated Oct. 22, 2007. The Motion for an Extension of time was granted dated November 7, 2007 a response to the Clerk's letter dated Oct. 12, 2007 regarding possible dismissal of the appeal for lack appellate jurisdiction to US Court Of Appeals Third Circuit. The Entry of Judgment dated Feb. 15 2008 was issued a case dispositive Order in captioned matter which was serve to Court Judgment Fed. R. App. P. 36. The US Court of Appeals Third Circuit, an Order a case was remanded to the District Court for Consideration of an extension of time pursuant to Fed. R. App. P. 4(a)(6) dated Feb 15, 2008.

                              I

LC July 8, 2008

A Certified Copy of an Order remanded to the District Court for Consideration of an Extension of time pursuant to Fed.R. App. P. 4(a)(6) dated March 12, 2008. The case C.A. No 07-3936 of US Court Of Appeals For The Third Circuit was Closed on March 12, 2008. On April/2008 I have called the District Court of the States of Delaware. My case C.A. No 06-120 (JJF) was pending without receiving letter. My concern was my residence address. I was not recieving important mails. My mail from Social Security Administration was recieved on March 28, 2008, and it was at General Delivery dated March 14, 2008. The files was dated March 7, 2008. A the Post Office of Dover, Delaware, they had me signed for a General Delivery to get my mails at the Post Office. They are now changing my mailing address to General Delivery and to 319 Billy Mitchell Lane Dover, DE, without my own request. On May 22, 2008 my letter to Judge Farnan was for my residence address, that it is important to keep. My Identification ID address is 1061 S. Little Creek Rd. Lot 15 Dover DE. 19901. These are not change. On April 30, 2008 I have wrote a letter to the Department of Justice Att. General Joseph Biden for the issue of my Mobile Home, and getting me on wheel chair, disabled. Now my worries is my mails. The insurance bill was not recieve on this month of June/2008, and it was not returned.

LC July 8, 2008

Respectfully Yours,
Lorna Clay Comb
Lorna Clay Comb

In The United States District Court
For The District Of Delaware

Office of the Clerk
United States District Court          July 8, 2008
844 N. King Street, Lockbox 18
Wilmington, DE 19801

                                Lorna Claycomb
C.A. No 06-120 (JJF)          V. Playtex Product Inc.

    I Lorna Claycomb, please a settlement for my case C.A. No 06-120 (JJF). I'm disabled and on wheelchair, my more concern is my own mailing address, and a home residence address. I am in shelter. My Identification ID address is 1061 S. Little Creek Rd Lot 15 Dover, DE 19901.

                              Respectfully Yours,
                              Lorna Claycomb  LC July 8, 2008
                              Lorna Claycomb

Lorna Claycomb
1001 S. Little Creek Rd
Lot 15 Dover DE 19901

RAY

WILMINGTON DE 197
10 JUL 2008 PM 1 L

Office Of The Clerk
United States District Court
844 N. King Street, Lock Box 18
Wilmington, DE 19801

USA FIRST-CLASS