IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LORNA CLAYCOMB, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Civil Action No. 06-120-JJF |
| | : |
| PLAYTEX PRODUCTS, INC., | : |
| | : |
| Defendant. | : |

## MEMORANDUM ORDER

Pending before the Court is Plaintiff's Motion To Reopen The Case To File A Notice Of Appeal. For the reasons discussed below, the Motion will be denied. (D.I. 64.)

## I. BACKGROUND

On March 12, 2008, the Third Circuit remanded this matter to the Court for consideration of an extension of time pursuant to Fed. R. App. P. 4(a)(6) for reopening the time to file an appeal. (D.I. 54.) On June 27, 2008, the Court considered the issue and concluded that Plaintiff could not satisfy the criteria for reopening the time to appeal under Rule 4(a)(6) and further found that Plaintiff was not entitled to an extension of time to appeal under the Rule. (D.I. 59.) Apparently not satisfied with the Court's ruling, on January 20, 2009, Plaintiff filed a Notice Of Appeal and the pending Motion To Reopen The Appeal Time. (D.I. 63, 64.) On April 23, 2009, the United States Appellate Court for the Third Circuit dismissed the appeal for lack of

jurisdiction because the notice of appal was not timely filed. Claycomb v. Playtex, No. 09-1262 (3d Cir. Apr. 23, 2009).

## II. DISCUSSION

Initially the Court notes that it does not appear that Plaintiff read and considered the Courts June 27, 2008 Memorandum Opinion and Order as there is no mention of it in Plaintiff's current Motion. Instead, Plaintiff refers to the March 12, 2008 remand Order by the Third Circuit. (D.I. 54.)

Federal Rule of Appellate Procedure 4(a)(6) provides as follows:

> (6) **Reopening the Time to File an Appeal**. The district court may reopen the time to file an appeal for a period of 14 days after the date when its order to reopen is entered, but only if all the following conditions are satisfied:
>
> (A) the court finds that the moving party did not receive notice under Federal Rule of Civil Procedure 77(d) of the entry of the judgment or order sought to be appealed within 21 days after entry;
>
> (B) the motion is filed within 180 days after the judgment or order is entered or within 7 days after the moving party receives notice under Federal Rule of Civil Procedure 77(d) of the entry, whichever is earlier; and
>
> (C) the court finds that no party would be prejudiced.

Fed. R. App. P. 4(a)(6).

Judgment was entered in this case on June 19, 2007, and the Court denied Plaintiff's Motion For Reconsideration on July 31,

2

2007. (D.I. 43, 46.) Her most recent Notice Of Appeal and Motion were filed on January 20, 2009. (D.I. 63, 64.) The time frames set forth in Rule 4(a)(6) are jurisdictional and cannot be extended. Bowles v. Russell, 551 U.S. 205, 127 S.Ct. 2360, 2366 (2007).

All time frames have passed and, as previously determined, Plaintiff does not meet the criteria under Rule 4(a)(6).

### III. CONCLUSION

For the reasons discussed above,

IT IS HEREBY ORDERED that Plaintiff's Motion To Reopen The Case To File A Notice Of Appeal time is **DENIED**. (D.I. 64.)

_July 23, 2009_
DATE

_[signature]_
UNITED STATES DISTRICT JUDGE