IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LORNA CLAYCOMB, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 06-120-JJF |
| PLAYTEX PRODUCTS, INC., | : |
| Defendant. | : |

### MEMORANDUM ORDER

On June 19, 2007, this Court entered an Order granting Defendant's Motion for Summary Judgment and closed the case. (D.I. 42.)  Since that time Plaintiff has filed several Motions to Reopen the case and several appeals.  (See D.I. 44, 46, 59, 64, 73.)  On August 5, 2009, Plaintiff filed a third Motion To Reopen, it was denied on August 11, 2009, Plaintiff appealed the Order on September 2, 2009, and the United States Appellate Court for the Third Circuit affirmed the Order on February 25, 2010. (D.I. 74, 76, 77, 78.)  Apparently not satisfied with the ruling, Plaintiff filed yet another Motion To Reopen on May 7, 2010, opposed by Defendant.  (D.I. 81, 82.)

This case is closed and there are no issues to resolve. Plaintiff may not keep filing Motions To Reopen in the hopes that the Court will grant such a motion.

NOW THEREFORE, IT IS HEREBY ORDERED that:

1. The Motion To Reopen is **DENIED**.  (D.I. 81.)

2.  Plaintiff is placed on notice that future Motions To Reopen filed in this case will be summarily denied.

6/25/10
DATE

*[signature]*
UNITED STATES DISTRICT JUDGE